**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

| **Part 1:** | **Identify Yourself** |
| --- | --- |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Aleksandr**<br>First name<br><br>Middle name<br><br>**Tovstanovskiy**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Alex Tovstanovskiy**<br>**Alexander Tovstanovsky**<br>**Alex Tovstanovsky** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-7759** | |

---

3/20/26 11:14AM

Debtor 1  **Aleksandr Tovstanovskiy**                                   Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.  Where you live**

**884 Horatio Boulevard**
**Buffalo Grove, IL 60089**
Number, Street, City, State & ZIP Code

**Lake**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.  Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

3/20/26 11:14AM

Debtor 1   **Aleksandr Tovstanovskiy**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Igor and Yelena Tovstanovsky** | Relationship to you | **Co-Guarantors; Parents** | |
| District | **Northern District of Illinois** | When **3/20/26** | Case number, if known | |
| Debtor | | Relationship to you | | |
| District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

3/20/26 11:14AM

Debtor 1   **Aleksandr Tovstanovskiy**       Case number *(if known)*

---

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ **Yes.**    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____
Number, Street, City, State & Zip Code

---

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 4

3/20/26 11:14AM

Debtor 1   **Aleksandr Tovstanovskiy**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Aleksandr Tovstanovskiy**          Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

Guarantor of obligations of corporate business debt.

| 17. | Are you filing under Chapter 7? | ■ No. | I am not filing under Chapter 7. Go to line 18. |

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |

| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 – $50 billion <br> ☐ More than $50 billion |

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ■ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 – $50 billion <br> ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **Aleksandr Tovstanovskiy** | **Signature of Debtor 2** |
| Signature of Debtor 1 | |

| Executed on   03/20/2026 | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

3/20/26 11:14AM

Debtor 1    **Aleksandr Tovstanovskiy**                                    Case number *(if known)* _____

---

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____      Date    03/20/2026
Signature of Attorney for Debtor                        MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone    **312-840-7122**              Email address    **dwelch@burkelaw.com**

**06183621 IL**
Bar number & State

---

Certificate Number: 15317-ILN-CC-040747740



15317-ILN-CC-040747740

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>March 17, 2026</u>, at <u>8:56</u> o'clock <u>PM PDT</u>, <u>Aleksandr I Tovstanovskiy</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>March 17, 2026</u>  By: <u>/s/Philip Sta. Teresa</u>

           Name: <u>Philip Sta. Teresa</u>

           Title: <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return

**2024** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning .................... , 2024, ending .................... , 20 .... | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ALEKSANDR | TOVSTANOVSKY | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| IRINA | KARAN | |

Home address (number and street). If you have a P.O box, see instructions. **884 HORATIO BOULEVARD** | Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. **BUFFALO GROVE** | State **IL** | ZIP code **60089**

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: ....................

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): ....................

**Digital Assets** At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ............ ☐ Yes ☒ No

**Standard Deduction** Someone can claim: ☐ You as a dependent ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960 ☐ Are blind **Spouse:** ☐ Was born before January 2, 1960 ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instr. and check here ☐

| (1) First name     Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| AVA A  TOVSTANOVSKY | | DAUGHTER | ☒ | |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 149,999 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) 1i | | |
| z | Add lines 1a through 1h | 1z | 149,999 |

| | | | | | |
|---|---|---|---|---|---|
| Attach Sch. B if required. | 2a | Tax-exempt interest | 2a | b Taxable interest | 2b | 17 |
| | 3a | Qualified dividends | 3a | b Ordinary dividends | 3b | |
| | 4a | IRA distributions | 4a | b Taxable amount | 4b | |
| Standard Deduction for — | 5a | Pensions and annuities | 5a 10,389 | b Taxable amount ROLLOVER | 5b | 0 |
| • Single or Married filing separately, $14,600 | 6a | Soc. sec. ben. | 6a | b Taxable amount | 6b | |
| | c | If you elect to use the lump-sum election method, check here (see instructions) | | ☐ | |
| • Married filing jointly or Qualifying surviving spouse, $29,200 | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | ☐ | 7 | |
| | 8 | Additional income from Schedule 1, line 10 | | 8 | -141,251 |
| | 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | | 9 | 8,765 |
| • Head of household, $21,900 | 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 0 |
| | 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | | 11 | 8,765 |
| • If you checked any box under Standard Deduction, see instructions. | 12 | **Standard deduction or itemized deductions** (from Schedule A) | | 12 | 37,116 |
| | 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | |
| | 14 | Add lines 12 and 13 | | 14 | 37,116 |
| | 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2024)

DAA

Form 1040 (2024)  ALEKSANDR  TOVSTANOVSKY  &  IRINA  KARAN                                    Page **2**

| Tax and Credits | 16 | Tax (see instructions). Check if any from Form(s):  1 ☐ 8814  2 ☐ 4972 | | | | | |
| | | 3 ☐ _____ | | | | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 | | | | 17 | |
| | 18 | Add lines 16 and 17 | | | | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | | | 20 | |
| | 21 | Add lines 19 and 20 | | | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | | | 24 | 0 |
| **Payments** | 25 | Federal income tax withheld from: | | | | | |
| | a | Form(s) W-2 | | 25a | 20,781 | | |
| | b | Form(s) 1099 | | 25b | | | |
| | c | Other forms (see instructions) | | 25c | | | |
| | d | Add lines 25a through 25c | | | | 25d | 20,781 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | | | 26 | |
| | 27 | Earned income credit (EIC) | | 27 | | | |
| | 28 | Additional child tax credit from Schedule 8812 | | 28 | | | |
| | 29 | American opportunity credit from Form 8863, line 8 | | 29 | | | |
| | 30 | Reserved for future use | | 30 | | | |
| | 31 | Amount from Schedule 3, line 15 | | 31 | | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | | | 32 | |
| | 33 | Add lines 25d, 26, and 32. These are your total **payments** | | | | 33 | 20,781 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | | 34 | 20,781 |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | | | | 35a | 20,781 |
| Direct deposit? See instructions. | b | Routing number  XXXXXXXXX      c Type: ☐ Checking  ☐ Savings | | | | | |
| | d | Account number  XXXXXXXXXXXXXXXXX | | | | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | | 36 | | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** | | | | | |
| | | For details on how to pay, go to www.irs.gov/Payments or see instructions | | | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | | 38 | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | | | ☒ **Yes.** Complete below. | ☐ **No** |
|---|---|---|---|---|---|
| | Designee's name  TRACY  L.  CALDWELL,  CPA | | Phone no.  219-662-7700 | Personal identification number (PIN) | 02021 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | | | DEALERSHIP  PRINCIPAL | |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) |
| | | | FINANCIAL  CLERK | |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name  TRACY L. CALDWELL, CPA | Preparer's signature  TRACY L. CALDWELL, CPA | Date  09/17/25 | PTIN  P00121881 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name    PRASCO  &  ASSOCIATES,  PC | | | Phone no.  219-662-7700 | |
| | Firm's address   503 E SUMMIT ST  CROWN POINT      IN   46307-3477 | | | Firm's EIN   35-1973464 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.                      Form **1040** (2024)

DAA

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2024** Attachment Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| ALEKSANDR TOVSTANOVSKY & IRINA KARAN | |

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss .....................................................................................................

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099*.

### Part I   Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions): | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | -141,251 |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income: | | |
| a | Net operating loss | 8a ( ) | |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d ( ) | |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s ( ) | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| v | Digital assets received as ordinary income not reported elsewhere. See instructions | 8v | |
| z | Other income. List type and amount: | 8z | |
| 9 | Total other income. Add lines 8a through 8z | 9 | |
| 10 | Combine lines 1 through 7 and 9. This is your **additional income**. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -141,251 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**                                    Schedule 1 (Form 1040) 2024

DAA

| SCHEDULE A<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | Itemized Deductions<br>Attach to Form 1040 or 1040-SR.<br>Go to *www.irs.gov/ScheduleA* for instructions and the latest information.<br>Caution: If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16. | OMB No. 1545-0074<br>**2024**<br>Attachment<br>Sequence No. **07** |
|---|---|---|

**Name(s) shown on Form 1040 or 1040-SR**
ALEKSANDR TOVSTANOVSKY & IRINA KARAN

**Your social security number**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | **1** | | | |
| | 2 | Enter amount from Form 1040 or 1040-SR, line 11 **2** | | | | |
| | 3 | Multiply line 2 by 7.5% (0.075) | **3** | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | **4** | |
| **Taxes You Paid** | 5 | State and local taxes. | | | | |
| | a | State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box ☐ | **5a** | 7,425 | | |
| | b | State and local real estate taxes (see instructions) | **5b** | 11,242 | | |
| | c | State and local personal property taxes | **5c** | | | |
| | d | Add lines 5a through 5c | **5d** | 18,667 | | |
| | e | Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | **5e** | 10,000 | | |
| | 6 | Other taxes. List type and amount: | **6** | | | |
| | 7 | Add lines 5e and 6 | | | **7** | 10,000 |
| **Interest You Paid**<br><br>Caution: Your mortgage interest deduction may be limited. See instructions. | 8 | Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ☐ | | | | |
| | a | Home mortgage interest and points reported to you on Form 1098. See instructions if limited | **8a** | 25,049 | | |
| | b | Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address | **8b** | | | |
| | c | Points not reported to you on Form 1098. See instructions for special rules | **8c** | | | |
| | d | Reserved for future use | **8d** | | | |
| | e | Add lines 8a through 8c | **8e** | 25,049 | | |
| | 9 | Investment interest. Attach Form 4952 if required. See instructions | **9** | | | |
| | 10 | Add lines 8e and 9 | | | **10** | 25,049 |
| **Gifts to Charity**<br><br>Caution: If you made a gift and got a benefit for it, see instructions. | 11 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | **11** | 2,067 | | |
| | 12 | Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **12** | | | |
| | 13 | Carryover from prior year | **13** | | | |
| | 14 | Add lines 11 through 13 | | | **14** | 2,067 |
| **Casualty and Theft Losses** | 15 | Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | | | **15** | |
| **Other Itemized Deductions** | 16 | Other—from list in instructions. List type and amount: | | | **16** | |
| **Total Itemized Deductions** | 17 | Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12 | | | **17** | 37,116 |
| | 18 | If you elect to itemize deductions even though they are less than your standard deduction, check this box ☐ | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1040.                    Schedule A (Form 1040) 2024
DAA

Schedule E (Form 1040) 2024 | Attachment Sequence No. **13** | Page **2**

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number |
|---|---|
| ALEKSANDR  TOVSTANOVSKY  &  IRINA  KARAN | ████████ |

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II  Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ............................................................ ☐ Yes ☒ No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | SEE STATEMENT 1 | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (I) Nonpassive loss allowed (see Schedule K-1) | (J) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 66,732 |
| b Totals | | 207,983 | | | |

| 30 | Add columns (h) and (k) of line 29a | 30 | 66,732 |
|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b | 31 | ( 207,983 ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 | 32 | −141,251 |

### Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36 | 37 | |

### Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V  Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 | 41 | −141,251 |

42 **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions ............... | 42 | |

43 **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules ....... | 43 | |

DAA | Schedule E (Form 1040) 2024

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
### Simplified Computation
Attach to your tax return.
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2024**

Attachment
Sequence No. **55**

Name(s) shown on return
ALEKSANDR TOVSTANOVSKY & IRINA KARAN

Your taxpayer identification number

**Note:** *You can claim the qualified business income deduction **only** if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $191,950 ($383,900 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | AGGREGATION GROUPING #1 | | 45,337 |
| ii | AGGREGATION GROUPING #2 | | -186,588 |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | -141,251 | | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( 25,692 ) | | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0 | | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** | |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | 0 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** | 0 |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | -28,351 | | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 0 | | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** | 0 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | **15** | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** | ( 166,943 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** | ( ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8995** (2024)

DAA

**Form 7203**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## S Corporation Shareholder Stock and Debt Basis Limitations

**Attach to your tax return.**
Go to *www.irs.gov/Form7203* for instructions and the latest information.

OMB No. 1545-2302

Attachment
Sequence No. **203**

| Name of shareholder | Identifying number |
|---|---|
| ALEKSANDR TOVSTANOVSKY | |

| A  Name of S corporation | B  Employer identification number |
|---|---|
| SKY AUTO MALL LLC | |

**C** Stock block (see instructions): ....................................................................................................................................................

**D** Check applicable box(es) to indicate how stock was acquired:

**(1)** ☐ Original shareholder  **(2)** ☐ Purchased  **(3)** ☐ Inherited  **(4)** ☐ Gifted  **(5)** ☐ Other: ........................

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation ................. ☐

### Part I   Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | **1** | 178,190 |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | **2** | |
| 3a | Ordinary business income (enter losses in Part III) ... **3a** 64,020 | | |
| b | Net rental real estate income (enter losses in Part III) ... **3b** | | |
| c | Other net rental income (enter losses in Part III) ... **3c** | | |
| d | Interest income ... **3d** | | |
| e | Ordinary dividends ... **3e** | | |
| f | Royalties ... **3f** | | |
| g | Net capital gains (enter losses in Part III) ... **3g** | | |
| h | Net section 1231 gain (enter losses in Part III) ... **3h** | | |
| i | Other income (enter losses in Part III) ... **3i** | | |
| j | Excess depletion adjustment ... **3j** | | |
| k | Tax-exempt income ... **3k** | | |
| l | Recapture of business credits ... **3l** | | |
| m | Other items that increase stock basis ... **3m** 20,000 | | |
| 4 | Add lines 3a through 3m | **4** | 84,020 |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | **5** | 262,210 |
| 6 | Distributions (excluding dividend distributions) | **6** | |
| | **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions. | | |
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | **7** | 262,210 |
| 8a | Nondeductible expenses ... **8a** 3,188 | | |
| b | Depletion for oil and gas ... **8b** | | |
| c | Business credits (sections 50(c)(1) and (5)) ... **8c** | | |
| 9 | Add lines 8a through 8c | **9** | 3,188 |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | **10** | 259,022 |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | **11** | 337 |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | **12** | |
| 13 | Other items that decrease stock basis | **13** | |
| 14 | Add lines 11, 12, and 13 | **14** | 337 |
| 15 | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- | **15** | 258,685 |

### Part II   Shareholder Debt Basis

#### Section A—Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 ☐ Formal note ☒ Open account | (b) Debt 2 ☐ Formal note ☐ Open account | (c) Debt 3 ☐ Formal note ☐ Open account | (d) Total |
|---|---|---|---|---|
| 16  Loan balance at the beginning of the corporation's tax year | | | | |
| 17  Additional loans (see instructions) | 195,000 | | | 195,000 |
| 18  Loan balance before repayment. Add lines 16 and 17 | 195,000 | | | 195,000 |
| 19  Principal portion of debt repayment (this line doesn't include interest) | | | | |
| 20  Loan balance at the end of the corporation's tax year. Subtract lines 19 from line 18 | 195,000 | | | 195,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **7203** (Rev. 12-2022)

TOVALEK 09/17/2025

ALEKSANDR  TOVSTANOVSKY

Form 7203 (Rev. 12-2022)                                                                                                    Page **2**

## Part II   Shareholder Debt Basis *(continued)*

### Section B—Adjustments to Debt Basis

| | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year | | | | |
| 22 | Enter the amount, if any, from line 17 | 195,000 | | | 195,000 |
| 23 | Debt basis restoration (see instructions) | | | | |
| 24 | Debt basis before repayment. Add lines 21, 22, and 23 | 195,000 | | | 195,000 |
| 25 | Divide line 24 by line 18 | 1.0000 | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | 195,000 | | | 195,000 |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | 195,000 | | | 195,000 |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | 195,000 | | | 195,000 |

### Section C—Gain on Loan Repayment

| | | | | | |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19 | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32 | 0 | | | |

## Part III   Shareholder Allowable Loss and Deduction Items

| | Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|---|
| 35 | Ordinary business loss | | | | | |
| 36 | Net rental real estate loss | | | | | |
| 37 | Other net rental loss | | | | | |
| 38 | Net capital loss | | | | | |
| 39 | Net section 1231 loss | | | | | |
| 40 | Other loss | | | | | |
| 41 | Section 179 deductions | | | | | |
| 42 | Charitable contributions | 337 | | 337 | | |
| 43 | Investment interest expense | | | | | |
| 44 | Section 59(e)(2) expenditures | | | | | |
| 45 | Other deductions | | | | | |
| 46 | Foreign taxes paid or accrued | | | | | |
| 47 | **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on on line 11 and enter the total loss in column (d) on line 30 | 337 | | 337 | | |

Form **7203** (Rev. 12-2022)

DAA

## Statement 1 - Schedule E, Page 2, Line 28

| Name | P S | For Ptr | EIN | Basis Comp Required | Not at Risk | Passive Loss | Passive Income | Nonpass Loss | Sec 179 Deduct | Nonpass Income |
|---|---|---|---|---|---|---|---|---|---|---|
| SKY AUTO MALL LLC | S | | 86-2225209 | X | | $ | $ | $ | $ | $ 64,020 |
| 1001 FORD LANE LLC | P | | 86-2201983 | | | | | | | |
| RENTAL REAL ESTATE | P | | 86-2201983 | | | | | 6,971 | | |
| GRAIN LANE LLC | P | | 87-3037655 | | | | | | | |
| RENTAL REAL ESTATE | P | | 87-3037655 | | | | | 11,712 | | |
| 7300 NEWHALL, LLC | P | | 99-5006342 | | | | | | | |
| RENTAL REAL ESTATE | P | | 99-5006342 | | | | | | | 2,712 |
| SKY AUTO GROUP, LLC | P | | 33-1731349 | | | | | 189,300 | | |
| TOTAL | | | | | | $ 0 | $ 0 | $ 207,983 | $ 0 | $ 66,732 |

Case 26-04963   Doc 1   Filed 03/20/26   Entered 03/20/26 13:08:40   Desc Main
Document   Page 17 of 51

# Federal Statements

## Form 8995 - Aggregation of Business Operations

### Description

THE FOLLOWING TRADES AND BUSINESSES HAVE BEEN GROUPED AS A SINGLE
TRADE OR BUSINESS:


AGGREGATE GROUP #1

NAME OF ACTIVITY: SKY AUTO MALL LLC
DESCRIPTION OF ACTIVITY: SKY AUTO MALL LLC
ID NUMBER: 86-2225209
FORM/SCHEDULE: K-1
QUALIFIED BUSINESS INCOME: $64,020

NAME OF ACTIVITY: 1001 FORD LANE LLC
DESCRIPTION OF ACTIVITY: 1001 FORD LANE
ID NUMBER: 86-2201983
FORM/SCHEDULE: K-1
QUALIFIED BUSINESS INCOME: $-6,971

NAME OF ACTIVITY: GRAIN LANE LLC
DESCRIPTION OF ACTIVITY: GRAIN LANE
ID NUMBER: 87-3037655
FORM/SCHEDULE: K-1
QUALIFIED BUSINESS INCOME: $-11,712

DESCRIPTION OF AGGREGATION AND FACTORS ALLOWING AGGREGATION:

SKY AUTO MALL LLC (FEIN 86-2225209) PRIMARY TRADE OR BUSINESS OF AUTO
SALES AND SERVICES (PRINCIPAL BUSINESS ACTIVITY CODE 441110). 1001 FORD
LANE LLC (FEIN 86-2201983) & GRAIN LANE LLC (FEIN 87-3037655) PRIMARY TRADE
OR BUSINESS IS REAL ESTATE RENTAL (PRINCIPAL BUSINESS ACTIVITY CODE
531120). 1001 FORD LANE LLC & GRAIN LANE LLC OWNS AND LEASES 100% OF ITS
REAL ESTATE FACILITIES LOCATED AT 1001 FORD LANE CENTER POINT IA 52213 TO
SKY AUTO MALL LLC FOR THE OPERATION OF IT'S AUTO DEALERSHIP. SKY AUTO MALL
LLC, 1001 FORD LANE LLC & GRAIN LANE LLC ARE UNDER COMMON CONTROL. COMMON
OWNERSHIP IS 100%

CHANGES THIS YEAR:

NONE


THE FOLLOWING TRADES AND BUSINESSES HAVE BEEN GROUPED AS A SINGLE
TRADE OR BUSINESS:


AGGREGATE GROUP #2

NAME OF ACTIVITY: 7300 NEWHALL, LLC
DESCRIPTION OF ACTIVITY: 7300 NEWHALL
ID NUMBER: 99-5006342
FORM/SCHEDULE: K-1
QUALIFIED BUSINESS INCOME: $2,712

NAME OF ACTIVITY: SKY AUTO GROUP, LLC
DESCRIPTION OF ACTIVITY: SKY AUTO GROUP DBA SKY CHEVY LLC

## Federal Statements

### Form 8995 - Aggregation of Business Operations (continued)

**Description**

```
ID NUMBER:
FORM/SCHEDULE:  K-1
QUALIFIED BUSINESS INCOME:  $-189,300

DESCRIPTION OF AGGREGATION AND FACTORS ALLOWING AGGREGATION:

SKY AUTO GROUP LLC PRIMARY TRADE OR BUSINESS OF AUTO SALES AND SERVICES
(PRINCIPAL ACTIVITY CODE 441110).  7300 NEWHALL LLC PRIMARY TRADE OR
BUSINESS OF REAL ESTATE RENTAL (PRINCIPAL BUSINESS ACTIVITY CODE 531120).
7300 NEWHALL LLC OWNS AND LEASES 100% OF IT'S REAL ESTATE FACILITY TO SKY
AUTO GROUP LLC FOR THE OPERATION OF IT'S AUTO DEALERSHIP.  SKY AUTO GROUP
LLC AND 7300 NEWHALL LLC ARE UNDER COMMON CONTROL.  COMMON OWNERSHIP IS
100%.

CHANGES THIS YEAR:

NONE
```

Year Ending: December 31, 2024



Aleksandr Tovstanovsky & Irina Karan
884 Horatio Boulevard
Buffalo Grove, IL 60089

# Statement Filed in Accordance with Rev. Proc. 2010-13 and Election to Group Activities Pursuant to Reg. 1.469-4(c)

The taxpayer hereby reports the following grouping activity in accordance with Rev. Proc. 2010-13

Addition of Activities to Existing Group

The following activities have been added to a previously existing group during the current tax year.

Existing Activities

Name of entity: Sky Auto Mall LLC
Schedule: S Corporation
Address:  4127 Easy Circle
           Naperville, IL 60564
ID Number: 86-2225209

Name of entity: 1001 Ford Lane LLC
Schedule: Partnership
Address:  1001 Ford Lane
           Center Point, IA 52213-9304
ID Number: 86-2201983

Name of entity: Grain Lane LLC
Schedule: Partnership
Address:  1001 Ford Lane
           Center Point, IA 52213
ID Number: 87-3037655

Activities Added

Name of entity: 7300 Newhall, LLC
Schedule: Partnership
Address:  7300 28th Avenue
           Newhall, IA 52315
ID Number: 99-5006342

Name of entity: Sky Auto Group, LLC
Schedule: Partnership
Address:  7300 28th Avenue
           Newhall, IA 52315
ID Number: 33-1731349

Hereby declares that any and all grouping created above constitute an appropriate economic unit for the measurement of gain or loss for purposes of IRC Sec. 469.

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return<br>Go to *www.irs.gov/Form4868* for the latest information. | OMB No. 1545-0074<br>**2024** |
|---|---|---|

Department of the Treasury
Internal Revenue Service

(on bottom of page)

- - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - - - - - -

EXTENSION REQUEST ORIGINALLY FILED ELECTRONICALLY

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0074<br>**2024** |
|---|---|---|

Department of the Treasury
Internal Revenue Service   For calendar year 2024, or other tax year beginning _____ , and ending _____ .

| **Part I** | **Identification** | **Part II** | **Individual Income Tax** |
|---|---|---|---|

**1**  Your name(s) (see instructions)

ALEKSANDR        TOVSTANOVSKY
IRINA            KARAN

Address (see instructions)
884  HORATIO  BOULEVARD

| City, town, or post office | State | ZIP code |
|---|---|---|
| BUFFALO  GROVE | IL | 60089 |

**2**  Your social security number  ■■■■■■■■

**3**  Spouse's social security number  ■■■■■■■■

**4**  Estimate of total tax liability for 2024  $ _____ 0

**5**  Total 2024 payments _____ 0

**6**  Balance due. Subtract line 5 from line 4.
See instructions _____ 0

**7**  Amount you're paying (see instructions) _____ 0

**8**  Check here if you're "out of the country" and a U.S. citizen
or resident. See instructions _____ ☐

**9**  Check here if you file Form 1040-NR and didn't receive
wages as an employee subject to U.S. income tax
withholding _____ ☐

For Privacy Act and Paperwork Reduction Act Notice, see page 4.                    Form **4868** (2024)

DAA

Illinois Department of Revenue

# 2024 Form IL-1040

**Individual Income Tax Return**



or for fiscal year ending ___ / 24

---

**Step 1: Personal Information** Enter personal information and Social Security numbers (SSN). You must provide the entire SSN(s) - no partial SSN.

| A Your first name and middle initial | Your last name | Year of birth | Your social security number |
|---|---|---|---|
| ALEKSANDR | TOVSTANOVSKY | 1986 | |
| Spouse's first name and middle initial | Spouse's last name | Spouse's year of birth | Spouse's social security number |
| IRINA | KARAN | 1989 | |

| Mailing address (See instr. if foreign address) | Apartment number | City | State | Zip or postal code |
|---|---|---|---|---|
| 884 HORATIO BOULEVARD | | BUFFALO GROVE | IL | 60089 |

| Foreign nation if not US (do not abbreviate) | County (Illinois only) | Email address |
|---|---|---|
| | LAKE | ALEXT@WCALOANS.COM |

**B** Filing status: ☐ Single ☒ Married filing jointly ☐ Married filing separately ☐ Widowed ☐ Head of household

**C** Check if someone can claim you, or your spouse if filing jointly, as a dependent. See instructions. ☐ You ☐ Spouse

**D** Check the box if this applies to you during 2024: ☐ Nonresident - **Attach Sch. NR** ☐ Part-year resident - **Attach** Sch. NR

---

**Step 2: Income** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your federal Form 1040 or 1040-SR, Line 11. | 1 | 8,765 .00 |
| 2 | Federally tax-exempt interest and dividend income from your federal Form 1040 or 1040-SR, Line 2a. | 2 | .00 |
| 3 | Other additions. **Attach** Sch. M. | 3 | 4,071 .00 |
| 4 | **Total income.** Add Lines 1 through 3. | 4 | 12,836 .00 |

**Step 3: Base Income**

| | | | |
|---|---|---|---|
| 5 | Social Security benefits and certain retirement plan income received if included in Line 1. (generally on fed. Forms 1040/1040-SR, Lines 4b, 5b, and 6b) **Attach** fed. Form 1040/1040-SR | 5 .00 | |
| 6 | Illinois Income Tax overpayment included in federal Form 1040 or 1040-SR, Schedule 1, Ln. 1. | 6 .00 | |
| 7 | Other subtractions. **Attach** Sch. M. | 7 7,130 .00 | |
| 8 | Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 | 7,130 .00 |
| 9 | **Illinois base income.** Subtract Line 8 from Line 4. | 9 | 5,706 .00 |

**Step 4: Exemptions** - *See instructions for income limitations*

| | | | |
|---|---|---|---|
| 10 | a Enter the exemption amount for yourself and your spouse. **See instructions.** | a 5,550 .00 | |
| | b **Check** if 65 or older: ☐ You + ☐ Spouse # of checkboxes X $1,000 = | b .00 | |
| | c **Check** if legally blind: ☐ You + ☐ Spouse # of checkboxes X $1,000 = | c .00 | |
| | d If you are claiming dependents, enter the amount from Schedule IL-E/EIC, Step 2, Line 1. **Attach** Sch. IL-E/EIC. | d 2,775 .00 | |
| | Exemption allowance. Add Lines 10a through 10d. | 10 | 8,325 .00 |

**Step 5: Net Income and Tax**

| | | | |
|---|---|---|---|
| 11 | *Residents:* **Net income.** Subtract Line 10 from Line 9. *Nonresidents and part-year residents:* Enter the Illinois net income from Schedule NR. **Attach** Schedule NR. | 11 | 0 .00 |
| 12 | *Residents:* Multiply Line 11 by 4.95% (.0495). Cannot be less than zero. *Nonresidents and part-year residents:* Enter the tax from Schedule NR. | 12 | 0 .00 |
| 13 | Recapture of investment tax credits. **Attach** Schedule 4255. | 13 | .00 |
| 14 | **Income tax.** Add Lines 12 and 13. Cannot be less than zero. | 14 | 0 .00 |

**Step 6: Tax After Nonrefundable Credits**

| | | | |
|---|---|---|---|
| 15 | Income tax paid to another state while an Illinois resident. **Attach** Sch. CR. | 15 .00 | |
| 16 | Property tax, K-12 education expense, and volunteer emergency worker credit amount from Schedule ICR. **Attach** Sch. ICR. | 16 .00 | |
| 17 | Credit amount from Schedule 1299-C. **Attach** Sch. 1299-C. | 17 .00 | |
| 18 | Add Lines 15, 16, and 17. This is the total of your credits. Cannot exceed the tax amount on Line 14. | 18 | .00 |
| 19 | **Tax after nonrefundable credits.** Subtract Line 18 from Line 14. | 19 | 0 .00 |

**Step 7: Other Taxes**

| | | | |
|---|---|---|---|
| 20 | Household employment tax. See instructions. | 20 | .00 |
| 21 | Use tax on internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. **Do not** leave blank. | 21 | 0 .00 |
| 22 | Compassionate Use of Medical Cannabis Program Act and sale of assets by gaming licensee surcharges. | 22 | .00 |
| 23 | **Total Tax.** Add Lines 19, 20, 21, and 22. | 23 | 0 .00 |

*Staple W-2 and 1099 forms here*

*Staple your check and IL-1040-V*

IL-1040 Front (R-12/24) Printed by authority of the state of Illinois. ID: 2C9

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

| 24 | Total tax from Page 1, Line 23. | 24 | 0 .00 |

## Step 8: Payments and Refundable Credit

| 25 | Illinois Income Tax withheld. **Attach Sch. IL-WIT.** | 25 | 7,425 .00 |
| 26 | Estimated payments from Forms IL-1040-ES and IL-505-I, including any overpayment applied from a prior year return. | 26 | .00 |
| 27 | Pass-through withholding. **Attach** Sch. K-1-P or K-1-T. | 27 | .00 |
| 28 | Pass-through entity tax credit. **Attach** Sch. K-1-P or K-1-T. | 28 | .00 |
| 29 | Earned Income Credit from Schedule IL-E/EIC, Step 4, Line 9. **Attach Sch. IL-E/EIC.** | 29 | .00 |
| 30 | Child Tax credit from Sch. IL-E/EITC, Step 5, Line 12. **Attach Sch. IL-E/EITC.** | 30 | .00 | .00 |
| 31 | **Total payments and refundable credit.** Add Lines 25 through 30. | 31 | 7,425 |

## Step 9: Total

| 32 | If Line 31 is greater than Line 24, subtract Line 24 from Line 31. | 32 | 7,425 .00 |
| 33 | If Line 24 is greater than Line 31, subtract Line 31 from Line 24. | 33 | .00 |

## Step 10: Underpayment of Estimated Tax Penalty and Donations

| 34 | Late-payment penalty for underpayment of estimated tax. | 34 | .00 |

a ☐ Check if at least two-thirds of your federal gross income is from farming.

b ☐ Check if you or your spouse are 65 or older and permanently living in a nursing home.

c ☐ Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. Attach Form IL-2210.

d ☐ Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year.

| 35 | Voluntary charitable donations. **Attach** Sch. G. | 35 | .00 |
| 36 | **Total penalty and donations.** Add Lines 34 and 35. | 36 | .00 |

## Step 11: Refund or Amount you owe

| 37 | If you have an amount on Line 32 and this amount is greater than Line 36, subtract Line 36 from Line 32. This is your **overpayment.** Otherwise, go to Line 41. | 37 | 7,425 .00 |
| 38 | Amount from Line 37 you want **refunded to you.** Check **one** box on Line 39. See instructions. | 38 | 7,425 .00 |

39 I choose to receive my refund by

a ☒ **direct deposit** - Complete the information below if you check this box.

*You may also contribute to college savings funds here. See instructions!*

Routing number ▓▓▓▓▓▓▓ ☒ Checking or ☐ Savings

Account number ▓▓▓▓▓▓▓▓

b ☐ **paper check.**

| 40 | Amount to be **credited forward.** Subtract Line 38 from Line 37. See instructions. | 40 | .00 |
| 41 | **If you have an amount on Line 33,** add Lines 33 and 36. **If you have an amount on Line 32,** and this amount is less than Line 36, subtract Line 32 from Line 36. **If Lines 32 and 33 are blank (zero),** enter the amount from Line 36. This is the **amount you owe.** See instructions. | 41 | .00 |

## Step 12: Health Insurance Checkbox and Signature

42 ☐ Check this box and include your email address in Step 1 if IDOR may share your income information with other Illinois state agencies in order to determine your eligibility for health insurance benefits. See instructions for information.

**Signature - Note:** If this is a joint return, both you and your spouse must sign below.

**Under penalties of perjury, I state that I have examined this return, and to the best of my knowledge, it is true, correct, and complete.**

| Sign Here | Your signature | | Date (mm/dd/yyyy) | Spouse's signature | | Date (mm/dd/yyyy) | Daytime phone number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Paid Preparer Use Only | Print/Type paid preparer's name | | Paid preparer's signature | | Date (mm/dd/yyyy) | ☐ Check if self-employed | Paid Preparer's PTIN |
|---|---|---|---|---|---|---|---|
| | TRACY L. CALDWELL, CPA | | TRACY L. CALDWELL, CPA | | 09/17/2025 | | P00121881 |
| | Firm's name ▶ | PRASCO & ASSOCIATES, PC | | | Firm's FEIN ▶ | 35-1973464 | |
| | Firm's address ▶ | 503 E SUMMIT ST CROWN POINT IN 46307-3477 | | | Firm's phone ▶ | 219-662-7700 | |

| Third Party Designee | Designee's name (please print) | Designee's phone number | ☒ Check if the Department may discuss this return with the third party designee shown in this step. |
|---|---|---|---|
| | TRACY L. CALDWELL, CPA | 219-662-7700 | |

### *Refer to the 2024 IL-1040 Instructions for the address to mail your return.*

IL-1040 Back (R-12/24) ID: 2C9    DR_____    AP_____    RR    DC    IR    ID



Illinois Department of Revenue

# 2024 Schedule IL-E/EITC Illinois Exemption and Earned Income Tax Credit

Attach to your Form IL-1040          ☐ Check if attaching to Amended Form IL-1040-X.                    **IL Attachment No. 30**

## Read this information first

Complete this schedule **only** if you are claiming
- dependents (Step 2) or
- the Illinois Earned Income Tax Credit (EITC) (Step 3 and 4) and Child Tax credit (Step 5).

**New!** If you qualify for the Illinois EITC and have at least one child that is your dependent and under the age of 12 years old, you qualify for the Illinois Child Tax Credit.

Taxpayers who did not qualify for the federal EITC or qualified for a smaller amount, but did meet federal income guidelines, qualify for the Illinois EITC if the taxpayer is filing
- with an Individual Taxpayer Identification Number (ITIN), or

- without a qualifying child and is at least age 18 or older (including taxpayers over ages 65).

The Illinois Expanded EITC Worksheet on Page 3 determines the federal EITC calculation on which the Illinois EITC amount is figured.

**Note:** The total amount of Illinois EITC and Child Tax Credit may exceed the amount of tax.

**Attach:** If claiming the Illinois EITC, you must attach a copy of pages 1 and 2 of your federal Form 1040 or 1040-SR to this schedule.

**Warning:** If you fraudulently claim the EITC, you may not be allowed to claim the credit for up to ten years. You also may have to pay penalties.

## Step 1: Provide the following information

ALEKSANDR  TOVSTANOVSKY  &  IRINA  KARAN
Your name as shown on your Form IL-1040

Your Social Security number

# Illinois Dependent Exemption Allowance

## Step 2: Dependent information

Complete the table for each person you are claiming as a dependent. **Note:** If you are claiming more than ten dependents, complete and attach additional Dependent information tables.

| Dependent's first name | Dependent's last name | Social Security number or Individual Taxpayer Identification number | Dependent's relationship to you | Dependent's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you | Eligible for Earned Income Credit |
|---|---|---|---|---|---|---|---|---|
| AVA A | TOVSTANOVSKY | ▓▓▓▓▓▓ | DAUGHTER | 12/15/2023 | ☐ | ☐ | 12 | ☒ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |
|  |  |  |  |  | ☐ | ☐ |  | ☐ |

**1** Multiply the total number of dependents you are claiming by $2,775.   __1__ X $2,775.
Enter the result here and on Form IL-1040, Line 10d.                                                    **1** _____2,775_.00

## Continue to Page 2 to calculate Illinois Earned Income Tax Credit ➡

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

# Illinois Earned Income Tax Credit

Complete this section **only** if you qualify for the Illinois EITC. Even if you did not qualify for the federal EITC, you may be able to qualify for the Illinois EITC. See instructions to find out if you qualify. **Note: Only** complete the table in Step 3 if you are claiming a qualifying child not included in Step 2. **Attach** a copy of federal Form 1040 or 1040-SR, Pages 1 and 2.

*Remember: Intentionally submitting false information is a crime under Section 1301 of the Illinois Income Tax Act.*

## Step 3: Qualifying Child Information

Complete the table for qualifying children that are **not** included in Step 2.

| Child's first name | Child's last name | Social Security number or Individual Taxpayer Identification number | Child's relationship to you | Child's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |

1  Enter your wages, salaries and tips from your federal Form 1040 or 1040-SR, Line 1z.  ◆ 1 _____.00

2  Enter your business income or (loss) from your federal Form 1040 or 1040-SR, Schedule 1, Line 3.  ◆ 2 _____.00

3  If you are filing your 2024 federal return as married filing jointly but are filing your 2024 Illinois return as married filing separately, enter your federal adjusted gross income (AGI) from your married filing jointly federal Form 1040 or 1040-SR, Line 11.  ◆ 3 _____.00

3a  If you entered an amount on Line 3, enter your spouse's Social Security number from your married filing jointly federal return.  ◆ 3a _____

4  Is the statutory employee box marked on your W-2, Wage and Tax Statement, Box 13?  ◆ 4  Yes ☐  No ☐

## Step 4: Figure your Illinois EITC

Complete this Step to figure your Illinois EITC. If you qualify for the federal EITC and do **not** have additional children with an ITIN, **skip Line 5, go to Line 6, and do not complete the Illinois Expanded EITC Worksheet.**

5  Check the box that applies and **complete the Illinois Expanded EITC Worksheet on Pages 3 and 4.**

  **a** I did not qualify for the federal EITC because I have an ITIN.  ◆ a ☐

  **b** I did not qualify for the federal EITC because I did **not** meet federal age requirements.  ◆ b ☐

  **c** I did not qualify for the federal EITC and have children who did **not** qualify for the federal EITC because they were issued an ITIN.  ◆ c ☐

  **d** I qualified for the federal EITC but have additional children who did **not** qualify for the federal EITC because they were issued an ITIN.  ◆ d ☐

6  Enter the amount of federal Earned Income Tax Credit from your federal Form 1040 or 1040-SR, Line 27, **or** the amount from the Illinois Expanded EITC Worksheet, Line 23.  ◆ 6 _____.00

7  Multiply the amount on Line 6 by 20% (0.2).  7 _____.00

8  **Illinois residents:** Enter 1.0.
  **Nonresidents and part-year residents:** Enter the decimal from Schedule NR, Line 48.  8 _____

9  Multiply Line 7 by the decimal on Line 8. This is your **Illinois EITC.**
  **Enter this amount here and on your Form IL-1040, Line 29.**  → 9 _____ 0 .00

# Illinois Child Tax Credit

**Step 5: Figure your Illinois Child Tax Credit-** If you qualify for the Illinois EITC and have at least one child that
is your dependent and under the age 12 years old, you qualify for the Illinois Child Tax Credit. **Complete this step only if you meet the requirements to claim the credit.**

10 Check the box if you have at least one child that is your dependent, and under the age of
12 years old as of the last day of 2024. ◆ 10 ☐
11 Enter the amount of your Illinois Earned Income Tax Credit from Line 9. ◆ 11 _____
12 Multiply the amount on Line 11 by 20% )0.2). This is your **Illinois Child Tax Credit.**
**Enter the total here and on Form IL-1040, Line 30.** ➡ ◆ 12 _____

# Illinois Expanded EITC Worksheet - Complete **only** if you checked any of the boxes in Step 4, Line 5.

## Part 1 Your Earned Income - See instructions.

1 Enter the amount from federal Form 1040 or 1040-SR, Line 1z. ◆ 1 _____
2 Enter the amount from Line 1 that is from medicaid waiver payments that you don't
choose to include in earned income (federal Form 1040 or 1040-SR, Line 1d). ◆ 2 _____
3 Subtract Line 2 from Line 1 and enter the result. 3 _____
4 Enter all of your nontaxable combat pay from federal Form 1040 or 1040-SR, Line 1i, if you
elect to include it in earned income. ◆ 4 _____
5 Add Lines 3 and 4 and enter the result. If you were not self-employed and did not have
to file federal Schedule SE, go to Line 15. Otherwise, continue to Line 6. 5 _____

## Part 2 Self-Employed, Members of the Clergy, and People With Church Employee Income Filing Federal Schedule SE

6 Enter the amount from federal Schedule SE, Part I, Line 3. ◆ 6 _____
7 Enter the amount from federal Schedule SE, Part I, Line 4b and Line 5a. ◆ 7 _____
8 Add Lines 6 and 7 and enter the result. 8 _____
9 Enter the amount from federal Schedule SE, Part I, Line 13. ◆ 9 _____
10 Subtract Line 9 from Line 8 and enter the result. 10 _____

## Part 3 Self-Employed NOT Required to File Federal Schedule SE and Statutory Employees Filling Federal Schedule C

11 Enter any net farm profit or (loss) from federal Schedule F, Line 34; and from farm
partnerships, federal Schedule K-1 (federal Form 1065), Box 14, Code A. ◆ 11 _____
12 Enter any net profit or (loss) from federal Schedule C, Line 31; and
federal Schedule K-1 (federal Form 1065), Box 14, Code A (other than farming). ◆ 12 _____
13 Enter the amount from federal Schedule C, Line 1, that you are filing as a statutory employee. ◆ 13 _____

## Part 4 Total Earned Income

14 Add Lines 10, 11, 12, and 13 and enter the total. 14 _____
15 Add Lines 5 and 14 and enter the total. If Line 14 is blank, enter the amount from Line 5. If the total is
zero or negative, enter "0" zero. 15 _____

*Continue Illinois Expanded EITC Worksheet calculation on Page 4.* ➡

# Illinois Expanded EITC Worksheet - continued.

## Part 5 Do You Qualify?

16 Is the amount of Line 15 equal to or less than the amount in Table 1 (below) for your filing status
and number of qualifying children?
**If yes,** continue to Part 6. **If No, STOP; you do not qualify for the Illinois EITC.**

◆ 16 Yes ☐ No ☐

### Table 1 Federal EITC Income Limits

| Qualifying Children Claimed | Filing as Single, Head of Household, or Widowed | Filing as Married Filing Jointly |
|---|---|---|
| Zero | $18,591 | $25,511 |
| One | $49,084 | $56,004 |
| Two | $55,768 | $62,688 |
| Three | $59,899 | $66,819 |

## Part 6 Your Federal EITC Calculation

17 Enter your total earned income from Part 1, Line 15.

◆ 17 _____

18 Look up the amount on Line 17 in the federal Form 1040 Instructions for Line 27, EIC Table,
to find the credit amount. Be sure you use the correct column for your filing status and the correct
number of qualifying children. Enter the credit amount here.

◆ 18 _____

19 Enter the amount form federal Form 1040 or 1040-SR, Line 11 (AGI).

19 _____

20 Are the amounts on Lines 17 and 19 the same?
**If Yes,** skip Lines 21 and 22, and enter the amount from Line 18 on Line 23. **If No,** go to Line 21.

◆ 20 Yes ☐ No ☐

21 If you have:
- No qualifying children, is the amount on Line 19 less than $10,330 ($17,250 if married filing jointly)?
- 1 or more qualifying children, is the amount on Line 19 less than $22,720 ($29,640 if married filing jointly)?

◆ 21 Yes ☐ No ☐

22 **If Line 21 is Yes,** leave Line 22 blank and enter the amount from Line 18 on Line 23. **If Line 21 is
No,** look up the amount on Line 19 in the 2024 federal Form 1040 instructions for Line 27, EIC Table,
to find the credit amount. Be sure you use the correct column for your filing status and the correct
number of qualifying children. Enter the credit amount here.

◆ 22 _____

23 If you have an amount on Line 22, compare the amounts on Lines 18 and 22, and enter the smaller
amount. **This is your federal EITC calculation. Enter this amount on Page 2, Step 4, Line 6.**

◆ 23 _____ 0

| Form **IL-1040** | Illinois Schedule K-1-P - Partner's or Shareholder's Worksheet | **2024** |
|---|---|---|

**Name**
ALEKSANDR TOVSTANOVSKY & IRINA KARAN

**Taxpayer Identification Number** (redacted)

1 Business type: ☐ partnership  ☒ S corporation

2 SKY AUTO MALL LLC

3 FEIN .... (redacted)

**Year ending** 12/31/24

**Identify partner or shareholder** (Name,address,city, state,zip)

5 ALEKSANDR TOVSTANOVSKY

6 884 HORATIO BOULEVARD

BUFFALO GROVE    IL  60089

4 Apportionment factor from Step 6, Line 43, of Form IL-1065 or Form IL-1120-ST; otherwise indicate "1" .......... 1.000000

7 SSN .... (redacted)  Share (%) 14.997267

9 ☒ individual  ☐ corporation  ☐ trust  ☐ partnership  ☐ S corporation  ☐ estate  ☐ grantor trust  ☐ disregarded entity

## Partner's or shareholder's share of Illinois additions and subtractions

| | Additions | Member's share | Illinois share |
|---|---|---|---|
| 10 | Federally tax-exempt interest income | | |
| 11 | Illinois replacement tax deducted | | |
| 12 | Illinois Special Depreciation addition | 4,071 | |
| 13 | Related-Party Expenses addition | | |
| 14 | Distributive share of additions | | |
| 15 | Other additions not listed above (As figured on Illinois Schedule M for businesses) | | |
| | **Subtractions** | | |
| 16 a | Interest from U.S. Treasury obligations included as business income | | |
| b | Interest from U.S. Treasury obligations included as nonbusiness income | | |
| 17 | River Edge Redevelopment Zone Dividend Subtraction | | |
| 18 | High Impact Business Dividend Subtraction | | |
| 19 | Contribution Subtraction (Form IL-1120-ST filers only) | | |
| 20 | River Edge Redevelopment Zone Interest Subtraction | | |
| 21 | Interest Subtraction - High Impact Business within a Foreign Trade Zone | | |
| 22 | Illinois Special Depreciation subtraction | 7,130 | |
| 23 | Related-Party Expenses subtraction | | |
| 24 | Distributive share of subtractions | | |
| 25 | Other subtractions not listed above (As figured on Illinois Schedule M for businesses) | | |

## Partner's or shareholder's share of your Illinois August 1, 1969, appreciation amounts

| | | | |
|---|---|---|---|
| 26 | Section 1245 and 1250 gain | | |
| 27 | Section 1231 gain | | |
| 28 | Section 1231 gain less casualty and theft gain | | |
| 29 | Capital gain | | |

## Partner's or shareholder's share of your Illinois credits, recapture and others

30 Illinois Credits

| | | | | |
|---|---|---|---|---|
| a | Film Production Services Tax Credit | | r | Data Center Construction Employment |
| b | Enterprise Zone Investment Credit | | s | Apprenticeship Education Expense |
| c | Enterprise Zone Construction Jobs | | t | Historic Preservation Credit |
| d | High Impact Business Construction Jobs | | u | REV Illinois Investment Tax Credit |
| e | Affordable Housing Donations | | v | Agritourism Liability Insurance Tax Credit |
| f | EDGE Tax Credit | | w | Recovery and Mental Health Tax Credit |
| g | New Construction EDGE | | x | REV Illinois |
| h | Research and Development Credit | | y | REV Construction Jobs |
| i | Wages paid to Ex-felons Jobs Credit | | z | MICRO Investment |
| j | Student-Assistance Contribution Credit | | aa | MICRO Illinois |
| k | Angel Investment Tax Credit | | bb | MICRO Construction Jobs |
| l | New Markets Credit | | cc | Quantum Computing Campuses |
| m | River Edge Historic Preservation Credit | | dd | Music and Musicians |
| n | River Edge Construction Jobs | | | |
| o | Live Theater Production Tax Credit | | | |
| p | Hospital Credit | | | |
| q | Invest in Kids Credit | | ee | Other Credits |

31 Pass-through entity tax credit

| Form **IL-1040** | **Illinois Schedule K-1-P - Partner's or Shareholder's Worksheet - 2** | **2024** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| ALEKSANDR TOVSTANOVSKY & IRINA KARAN | |

**32 Recapture**

  **a** EZ or River Edge Redevelopment Zone
Inv Credit recapture ......................................................................................... _____

  **b** REV Illinois Investment Credit recapture ............................................................ _____

  **c** Replacement Tax Investment Credit recapture .................................................... _____

  **d** MICRO Investment Credit recapture ................................................................... _____

  **e** Additional Income Tax Credit recapture .............................................................. _____

**33** Pass-through entity payment ............................................................................... _____

**34** Inc Attributable to Medical Cannabis Surcharge ................................................. _____

**35** Inc Attributable to Gaming Licensee Surcharge ................................................. _____

Illinois Department of Revenue

# 2024 Schedule M Other Additions and Subtractions for Individuals

Attach to your Form IL-1040. ☐ Check if attaching to Amended Form IL-1040-X.

**IL Attachment No. 15**

## Read this information first

Complete this schedule if you are required to add certain income on Form IL-1040, Line 3, or if you are entitled to take subtractions on Form IL-1040, Line 7.

**Note:** If you are required to complete Schedule 1299-C, Schedule F, or Form IL-4562, you must do so before you complete this schedule.

## Step 1: Provide the following information

ALEKSANDR  TOVSTANOVSKY  &  IRINA  KARAN

Your name as shown on Form IL-1040



Your Social Security number

## Step 2: Figure your additions for Form IL-1040, Line 3

Enter the amount of

(Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Your child's federally tax-exempt interest and dividend income as reported on federal Form 8814. | 1 | .00 |
| 2 | Distributive share of additions you received from a partnership, S corporation, trust, or estate. **Attach** Illinois Schedule K-1-P or Schedule K-1-T and enter the additions from Column A on this line. | 2 | 4,071.00 |
| 3 | Lloyd's plan of operation loss, if reported on your behalf on Form IL-1065 and included in your adjusted gross income. | 3 | .00 |
| 4 | Earnings distributed from IRC Section 529 college savings, tuition, and ABLE programs if not included in your adjusted gross income. (Do not include distributions from "Bright Start," "Bright Directions," or "College Illinois" programs, or other college savings and tuition programs that meet certain disclosure requirements, or Illinois ABLE account programs. See instructions.) | 4 | .00 |
| 5 | Illinois special depreciation addition amount from Form IL-4562, Step 2, Line 4. **Attach** Form IL-4562. | 5 | .00 |
| 6 | Business expense recapture (nonresidents only). | 6 | .00 |
| 7 | Recapture of deductions for contributions to Illinois college savings plans and ABLE plans transferred to an out-of-state plan. | 7 | .00 |
| 8 | Student-Assistance Contribution Credit taken on Schedule 1299-C. | 8 | .00 |
| 9 | Recapture of deductions for contributions to college savings plans and ABLE plans withdrawn for nonqualified expenses or refunded. | 9 | .00 |
| 10 | RESERVED | 10 | |
| 11 | Other income - Identify each item. _____ | 11 | .00 |
| 12 | **Total Additions.** Add Lines 1 through 11. Enter the amount here and on Form IL-1040, Line 3. | 12 | 4,071.00 |

## Step 3: Figure your subtractions for Form IL-1040, Line 7

Enter the amount of

13  Contributions made to "Bright Start" and "Bright Directions" College Savings Programs and "College Illinois" Prepaid Tuition Program - *Enter the account number and amount contributed for each. Check the box in Column C if your contribution was a gift. See Instructions.*

| Column A: Account Number | Column B: Contribution Amount | Column C: Gift |
|---|---|---|
| 1 | | ☐ |
| 2 | | ☐ |
| 3 | | ☐ |
| 4 | | ☐ |
| 5 | | ☐ |
| 6 | | ☐ |
| 7 | | ☐ |
| 8 | | ☐ |
| 9 | | ☐ |
| 10 | | ☐ |

Total - Add Column B, Lines 1-10 and enter here.       13a _____.00

**Continue Line 13 calculation on Page 2.** →

IL-1040 Schedule M - Page 1 (R-12/24) ID: 2C9
Printed by authority of the state of Illinois.

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

TOVALEK 09/17/2025 9:29 AM

# Step 3: Continued    ALEKSANDR TOVSTANOVSKY & IRINA KARAN

13  Enter the lesser amount from Page 1, Line 13a or $10,000 ($20,000 if married filing a joint return).  **13** _____ **.00**

14  Distributive share of subtractions from a partnership, S corporation, trust, or estate. (Do not claim these same subtractions on any other line of this schedule. See instructions.) **Attach** Illinois Schedule K-1-P or K-1-T identifying you as the partner, shareholder, or beneficiary and listing your Social Security number. **Enter** the subtractions from Column A on this line.  **14** _____ 7,130 **.00**

15  Restoration of amounts held under claim of right under IRC Section 1341.  **15** _____ **.00**

16  Contributions to a job training project.  **16** _____ **.00**

17  Expenses related to federal credits or federally tax-exempt income.  **17** _____ **.00**

18  RESERVED  **18**

19  Illinois special depreciation subtraction amount from Form IL-4562, Step 3, Line 19. **Attach** Form IL-4562.  **19** _____ **.00**

20  Contributions made to a qualified Illinois ABLE account - *Enter the account number and amount contributed for each Illinois ABLE account. Check the box in Column C if your contribution was a gift. See Instructions.*

| Column A: Account Number | Column B: Contribution Amount | Column C: Gift |
|---|---|---|
| 1 | | ☐ |
| 2 | | ☐ |
| 3 | | ☐ |
| 4 | | ☐ |

Total - Add Column B, Lines 1-4 and enter here.  **20a** _____ **.00**

Enter the lesser amount of Line 20a or $10,000 ($20,000 if married filing a joint return).  **20** _____ **.00**

# Enter the following only if included in Form IL-1040, Lines 1, 2, or 3:

21  Military pay earned. **Attach** military W-2.  **21** _____ **.00**

22  U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from federal Form 1040 or 1040-SR. **Attach** a copy of federal Form 1040 or 1040-SR, Schedule B, if required federally.  **22** _____ **.00**

23  August 1, 1969, valuation limitation amount from your Schedule F, Line 17. **Attach** Schedule F and required federal forms.  **23** _____ **.00**

24  River edge redevelopment zone and high impact business dividend subtraction amount from your Schedule 1299-C, Step 1, Line 7. **Attach** Schedule 1299-C.  **24** _____ **.00**

25  Recovery of items previously deducted on federal Form 1040 or 1040-SR, Schedule A (including refunds of any state and local income taxes, other than Illinois). **Attach** a copy of federal Form 1040 or 1040-SR, Page 1, Schedule 1, and any other required federal forms.  **25** _____ **.00**

26  Ridesharing money and other benefits. See instructions.  **26** _____ **.00**

27  Payment of life insurance, endowment, or annuity benefits received.  **27** _____ **.00**

28  Lloyd's plan of operation income if reported on your behalf on Form IL-1065.  **28** _____ **.00**

29  Income from Illinois pre-need funeral, burial, and cemetery trusts.  **29** _____ **.00**

30  Education loan repayments made for primary care physicians who agree to practice in designated shortage areas under the Family Practice Residency Act.  **30** _____ **.00**

31  Reparations or other amounts received as a victim of persecution by Nazi Germany.  **31** _____ **.00**

32  Add Lines 13 through 31 and enter the amount here and on Page 3, Line 33.  **32** _____ 7,130 **.00**

## Step 3: Continued ALEKSANDR TOVSTANOVSKY & IRINA KARAN

**33** Enter the amount from Page 2, Line 32.        **33** _____7,130_.00

**34** Interest on the following tax-exempt obligations of Illinois state and local government. Do not include interest you received indirectly through owning shares in a mutual fund.

  **a** Illinois Housing Development Authority bonds and notes (except housing-related commercial facilities bonds and notes)      **34a** _____.00

  **b** Tri-County River Valley Development Authority bonds      **34b** _____.00

  **c** Illinois Development Finance Authority bonds, notes, and other obligations (venture fund and infrastructure bonds only)      **34c** _____.00

  **d** Quad Cities Regional Economic Development Authority bonds and notes (if declared to be exempt from taxation by the Authority)      **34d** _____.00

  **e** College savings bonds issued under the General Obligation Bond Act in accordance with the Baccalaureate Savings Act      **34e** _____.00

  **f** Illinois Sports Facilities Authority bonds      **34f** _____.00

  **g** Higher Education Student Assistance Act bonds      **34g** _____.00

  **h** Illinois Development Finance Authority bonds issued under the Illinois Development Finance Authority Act, Sections 7.80 through 7.87      **34h** _____.00

  **i** Rural Bond Bank Act bonds and notes      **34i** _____.00

  **j** Illinois Development Finance Authority bonds issued under the Asbestos Abatement Finance Act      **34j** _____.00

  **k** Quad Cities Interstate Metropolitan Authority bonds      **34k** _____.00

  **l** Southwestern Illinois Development Authority bonds      **34l** _____.00

  **m** Illinois Finance Authority bonds issued under the Illinois Finance Authority Act, Sections 820.60 and 825.55, or the Asbestos Abatement Finance Act      **34m** _____.00

  **n** Illinois Power Agency bonds issued by the Illinois Finance Authority      **34n** _____.00

  **o** Central Illinois Economic Development Authority bonds      **34o** _____.00

  **p** Eastern Illinois Economic Development Authority bonds      **34p** _____.00

  **q** Southeastern Illinois Economic Development Authority bonds      **34q** _____.00

  **r** Southern Illinois Economic Development Authority bonds      **34r** _____.00

  **s** Illinois Urban Development Authority bonds      **34s** _____.00

  **t** Downstate Illinois Sports Facilities Authority bonds      **34t** _____.00

  **u** Western Illinois Economic Development Authority bonds      **34u** _____.00

  **v** Upper Illinois River Valley Development Authority Act bonds      **34v** _____.00

  **w** Will-Kankakee Regional Development Authority bonds      **34w** _____.00

  **x** Export Development Act of 1983 bonds      **34x** _____.00

  **y** New Harmony Bridge Authority bonds      **34y** _____.00

  **z** New Harmony Bridge Bi-State Commission bonds      **34z** _____.00

**35** Interest on the following non-U.S. government bonds.

  **a** Bonds issued by the government of Guam      **35a** _____.00

  **b** Bonds issued by the government of Puerto Rico      **35b** _____.00

  **c** Bonds issued by the government of the Virgin Islands      **35c** _____.00

  **d** Bonds issued by the government of American Samoa      **35d** _____.00

  **e** Bonds issued by the government of the Northern Mariana Islands      **35e** _____.00

  **f** Mutual mortgage insurance fund bonds      **35f** _____.00

**36** Amount of your child's interest from U.S. Treasury and U.S. agency obligations or from sources in Line 22, 34, or 35 as reported on federal Form 8814.      **36** _____.00

**37** Railroad sick pay and railroad unemployment income. **Attach** Form 1099-G or W-2 and a copy of your federal return.      **37** _____.00

**38** Unjust imprisonment compensation awarded by Illinois Court of Claims.      **38** _____.00

**39** Distributions from "Bright Start," "College Illinois," and "Bright Directions" college savings plans if included in Line 1 because you claimed a federal American Opportunity Credit or Lifetime Learning Credit.      **39** _____.00

**40** Disallowed deductions under IRC Section 280E for cannabis establishments, cannabis cultivation centers, or medical cannabis dispensing organizations.      **40** _____.00

**41** Amounts awarded as a result of a judgment or settlement for fertility fraud or donor fertility fraud as provided in the Illinois Fertility Fraud Act or similar action in another state.      **41** _____.00

**42** **Total Subtractions.** Add Lines 33 through 41. Enter the amount here and on Form IL-1040, Line 7.      **42** _____7,130_.00

IL-1040 Schedule M - Page 3 (R-12/24) ID: 2C9



**Illinois Department of Revenue**

# 2024 Schedule IL-WIT Illinois Income Tax Withheld

If you have more than five withholding forms, complete multiple copies of this schedule.
Attach to your Form IL-1040.  ☐ Check if attaching to Amended Form IL-1040-X.

IL Attachment No. 31

Use the reference for Column A shown in the chart below.

| Form Type | Letter Code for Column A | Form Type | Letter Code for Column A |
|---|---|---|---|
| W-2 | W | 1099-DIV | D |
| W-2G | WG | 1099-INT | I |
| 1099-R | R | 1042-S | S |
| 1099-G | G | 1099-B | B |
| 1099-MISC | M | 1099-K | K |
| 1099-OID | O | 1099-NEC | N |

## Step 1: Provide your withholding records (include all W-2 and 1099 forms that show Illinois withholding)

ALEKSANDR        TOVSTANOVSKY
Your name as shown on Form IL-1040

Your Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 1 | W | 86-2225209 | $ 50,000.00 | $ 50,000.00 | $ 2,475.00 |
| 2 | | | $ .00 | $ .00 | $ .00 |
| 3 | | | $ .00 | $ .00 | $ .00 |
| 4 | | | $ .00 | $ .00 | $ .00 |
| 5 | | | $ .00 | $ .00 | $ .00 |

## Step 2: Provide spouse's withholding records (include all W-2 and 1099 forms that show Illinois withholding)

IRINA        KARAN
Your spouse's name as shown on Form IL-1040

Your spouse's Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 6 | W | | $ 99,999.00 | $ 99,999.00 | $ 4,950.00 |
| 7 | | | $ .00 | $ .00 | $ .00 |
| 8 | | | $ .00 | $ .00 | $ .00 |
| 9 | | | $ .00 | $ .00 | $ .00 |
| 10 | | | $ .00 | $ .00 | $ .00 |

## Step 3: Total Illinois withholding

11  Add the amounts in Column E for Lines 1 through 10 (and the amounts from Column E of any
additional copies you attached). This is the total amount of your Illinois income tax withheld.
Enter this amount here and on Form IL-1040, Line 25.                    11 $ 7,425.00

➡ **Attach all Schedules IL-WIT to your IL-1040.** ⬅

IL-1040 Schedule IL-WIT Front (R-12/24) ID: 2C9
Printed by authority of the state of Illinois.

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of
this information is required. Failure to provide information could result in a penalty.

# IOWA™
Department of Revenue

**2024 IA 1040**
**Iowa Individual Income Tax Return**
revenue.iowa.gov

**Step 1: Personal information**
You must fill in your Social Security Number (SSN).

Fiscal or short year filers only:

▶ _____  to ▶ _____
M M D D Y Y Y Y        M M D D Y Y Y Y

If this is an amended return, check ▶
the box and include the IA 102.

| Last Name | First Name | MI | Social Security Number (SSN) |
|---|---|---|---|
| ▶ TOVSTANOVSKY | ▶ ALEKSANDR | ▶ | ▶ ████████ |

| Spouse's Last Name | Spouse's First Name | MI | Spouse's Social Security Number (SSN) |
|---|---|---|---|
| ▶ KARAN | ▶ IRINA | ▶ | ▶ ████████ |

Current mailing address (number, street, apartment, lot, or suite number) or PO Box

▶ 884 HORATIO BOULEVARD

| City | State | ZIP | Date of Birth |
|---|---|---|---|
| ▶ BUFFALO GROVE | ▶ IL | ▶ 60089 | ▶ 10151986 |

M M D D Y Y Y Y

County No. ▶ 00    School District No. ▶ 0000

Use residence as of 12/31/2024.
See instructions.

Spouse Date of Birth
▶ 08201989
M M D D Y Y Y Y

**Step 2: Filing status from federal 1040.**
Mark one box only

|  |  |  | Yes | No |
|---|---|---|---|---|
| ▶ | 1. | Single: Were you claimed on another person's Iowa return? | ▶ | ▶ |
| ▶ X | 2. | Married filing jointly | | |
| ▶ | 3. | Married filing separately. Enter your spouse's information above. Spouse's Iowa taxable income: .......... | ▶ 3 | |
| ▶ | 4. | Head of Household (HOH) | | |
| ▶ | 5. | Qualifying Surviving Spouse (QSS) | | |

| | Last Name | First Name |
|---|---|---|
| If you checked the HOH or QSS box, enter the child's full legal name if the qualifying person is a child but not your dependent ....... | ▶ | ▶ |

**Step 3: Exemptions**

a. Personal Credit: Enter 1 (enter 2 if filing status 2 or 4) ........................... ▶ 2  x $40 = ▶ 80.00

b. Enter 1 for each taxpayer 65 or older and/or 1 for each taxpayer who is blind ........................... ▶ ___ x $20 = ▶ ___

Check if: You are 65 or older ▶  You are blind ▶  Spouse is 65 or older ▶  Spouse is blind ▶

c. Dependents: Enter 1 for each dependent. List dependents below ........................... ▶ 1  x $40 = ▶ 40.00

d. Total. Add lines a, b and c ........................... ▶ 120.00

41-001a (07/29/2024)
cs



**2024 IA 1040, Page 2**

Taxpayer's Name

ALEKSANDR TOVSTANOVSKY & IRINA KARAN

Taxpayer's SSN



If more than four dependents, check the box and see instructions ........................................... ▶

| Dependent's first name | Dependent's last name | Dependent's SSN | Relationship to you |
|---|---|---|---|
| ▶ AVA A | ▶ TOVSTANOVSKY | ▶ | ▶ DAUGHTER |
| ▶ | ▶ | ▶ | ▶ |
| ▶ | ▶ | ▶ | ▶ |
| ▶ | ▶ | ▶ | ▶ |

**Step 4:   Iowa Taxable Income**

| | | | |
|---|---|---|---:|
| 1a. | Federal total income from federal 1040, line 9 | ▶ 1a | 8765.00 |
| 1b. | Federal adjustments to income from federal 1040, line 10 | ▶ 1b | |
| 1c. | Federal adjusted gross income from federal 1040, line 11 | ▶ 1c | 8765.00 |
| 1d. | Standard deduction or itemized deductions from federal 1040, line 12 | ▶ 1d | 37116.00 |
| 1e. | Qualified business income deduction from federal 1040, line 13 | ▶ 1e | |
| 2. | Federal taxable income from federal 1040, line 15 | ▶ 2 | 0.00 |
| 3. | Net Iowa modifications from IA 1040 Schedule 1, line 21 | ▶ 3 | |
| 4. | Iowa taxable income. Add lines 2 and 3. Do not include lines 1a through 1e | ▶ 4 | |

**Step 5:   Tax, Nonrefundable Credits, and
Checkoff contributions**

| | | | |
|---|---|---|---:|
| | Check if using alternate tax (line 5), tax reduction calculation (line 12), or low-income exemption. See instructions | ▶ | |
| 5. | Iowa tax from tax rate schedule or alternate tax | ▶ 5 | |
| 6. | Iowa lump-sum tax. See instructions | ▶ 6 | |
| 7. | Total tax. Add lines 5 and 6 | ▶ 7 | |
| 8. | Total exemption credit amount from Step 3 | ▶ 8 | 120.00 |
| 9. | Tuition and textbook credit for dependents in grades K-12 | ▶ 9 | |
| 10. | Volunteer firefighter/EMS/reserve peace officer credit | ▶ 10 | |
| 11. | Total Credits. Add lines 8, 9, and 10 | ▶ 11 | 120.00 |
| 12. | BALANCE. Subtract line 11 from line 7 | ▶ 12 | 0.00 |
| 13. | Nonresident or part-year resident credit. Include IA 126 | ▶ 13 | |
| 14. | BALANCE. Subtract line 13 from line 12 | ▶ 14 | 0.00 |
| 15. | Out-of-State tax credit. Include IA 130 | ▶ 15 | |



41-001b  (07/29/2024)

cs



*2441001021022*



**2024 IA 1040, Page 3**

Taxpayer's Name

ALEKSANDR TOVSTANOVSKY & IRINA KARAN

Taxpayer's SSN

| | | |
|---|---|---|
| 16. BALANCE. Subtract line 15 from line 14 | ▶16 | |
| 17. Other nonrefundable Iowa credits. Include IA 148 | ▶17 | |
| 18. BALANCE. Subtract line 17 from line 16 | ▶18 | |
| 19. School district surtax or EMS surtax. Multiply line 18 by the percentage from list | ▶19 | 0.00 |
| 20. Total state tax and local surtax | ▶20 | 0.00 |

21. Contributions will reduce your refund or add to the amount you owe.

Fish/Wildlife        Child Abuse Prevention

Enter total here .............. ▶21

22. TOTAL STATE TAX, LOCAL TAX, AND CONTRIBUTIONS. Add lines 20 and 21 .......... ▶22      0.00

**Step 6:   Refundable Credits and Payments**

| | | |
|---|---|---|
| 23. Iowa fuel tax credit. Include IA 4136 | ▶23 | |
| 24. Check one:   Child and dependent care credit ▶ OR   Early childhood development credit ▶ | ▶24 | |
| 25. Iowa earned income tax credit | ▶25 | |
| 26. Other refundable credits. Include IA 148 | ▶26 | |
| 27. Composite and PTET credit. Include IA Schedule CC | ▶27 | 3578.00 |
| 28. Iowa income tax withheld | ▶28 | |
| 29. Estimated and other payments made for tax year 2024. Amended returns see instructions. | ▶29 | |
| 30. Total refundable credits and payments. Add lines 23 through 29 | ▶30 | 3578.00 |

**Step 7:   Refund**

| | | |
|---|---|---|
| 31a. If line 30 is more than line 22, subtract line 22 from line 30; otherwise, go to line 34 | ▶ 31a | 3578.00 |
| 31b. AMENDED RETURN ONLY. Previous refunds. See instructions | ▶ 31b | |
| 32. Amount of line 31 to be REFUNDED. Subtract line 31b from line 31a, if applicable | ▶ 32 | 3578.00 |

a.   Routing Number    ▶044000024

b.   Account Number    ▶02068641108

c. Account Type    ▶ X   Checking
    ▶   Savings

33. Amount of line 31a to be applied to your 2025 estimated tax ........................ ▶33



41-001c (10/22/2024)
CS


*2441001031022*



# 2024 IA 1040, Page 4



Taxpayer's Name

Taxpayer's SSN

ALEKSANDR TOVSTANOVSKY & IRINA KARAN

## Step 8: Amount due

34. If line 30 is less than line 22, subtract line 30 from line 22. Amended returns see instructions ........ ▶34

35. Penalty for underpayment of estimated tax from IA 2210, IA 2210AI, or IA 2210F.................... ▶35

Check if using either method: annualized income (IA 2210AI) ▶  or farmer/fisher (IA 2210F) ▶

36. Penalty and Interest  36a. Penalty

  36b. Interest  Enter total here ..... ▶36

37. TOTAL AMOUNT DUE. ADD lines 34, 35, and 36 .................................................... ▶37  0.00

**Continue to pages 5 and 6 for IA 1040 Schedule 1 and signatures. The return must be signed to be valid.**



41-001d (07/29/2024)
cs


*2441001041022*





# 2024 IA 1040, Page 5

Taxpayer's Name

▶ ALEKSANDR TOVSTANOVSKY & IRINA KARAN

Taxpayer's SSN



## IA 1040 Schedule 1

### Iowa Modifications to Federal Total Income

| | | | A<br>Additions | B<br>Subtractions |
|---|---|---|---|---|
| 1. | Interest | ▶ 1 | ▶ | |
| 2. | Dividends | ▶ 2 | ▶ | |
| 3. | Partnership and/or S corporation modification | ▶ 3 | ▶ | |
| 4. | Military retirement income | ▶ 4 | ▶ | |
| 5. | Social Security benefits from federal 1040, line 6(b) | ▶ 5 | ▶ | |
| 6. | Active duty military pay | ▶ 6 | ▶ | |
| 7. | IRA/Pension/Railroad retirement income | ▶ 7 | ▶ | |
| 8. | Railroad unemployment income | ▶ 8 | ▶ | |
| 9. | Bonus depreciation/section 179 expenses | ▶ 9 | ▶ | |
| 10. | Federal Net Operating Loss prior to 1/1/23. Include IA 124 | ▶ 10 | ▶ | |
| 11. | Other income .......... Code: | ▶ 11 | ▶ | |
| 12. | Total modifications to federal total income.<br>Add lines 1 through 11 | ▶ 12 | ▶ | |
| 13. | Net modifications to federal total income.<br>Subtract line 12 column B from A. If less than zero, enter as a (negative) number | | | ▶ 13 |

### Iowa Modifications to Federal Taxable Income

| | | | | |
|---|---|---|---|---|
| 14. | RESERVED FOR FUTURE USE | ▶ 14 | | |
| 15. | Health insurance deduction. See instructions | ▶ 15 | ▶ | |
| 16. | Iowa capital gains deduction. Include applicable IA 100(s) | ▶ 16 | ▶ | |
| 17. | Iowa net operating loss prior to 1/1/23. Include IA 124 | ▶ 17 | ▶ | |
| 18. | RESERVED FOR FUTURE USE | ▶ 18 | ▶ | |
| 19. | Other Adjustments .......... Code: | ▶ 19 | ▶ | |
| 20. | Net modifications to federal taxable income.<br>Add lines 14 through 19. Enter as a (negative) number | | | ▶ 20 |

### Net Modifications

21. Net Iowa modifications. Add lines 13 and 20. If less than zero, enter as a (negative) number.
Enter here and IA 1040, line 3 ............... ▶ 21



41-001e (07/29/2024)

CS



*2441001051022*



**2024 IA 1040, Page 6**

| Taxpayer's Name | Taxpayer's SSN |
|---|---|
| ▶ ALEKSANDR TOVSTANOVSKY & IRINA KARAN | ████████ |

**Step 9:**
**Third Party**
**Designee**

Do you want to allow an individual to discuss this return with the Department? See instructions.

Designee's Name

▶ TRACY L. CALDWELL, CPA

| Mailing address | ID Number (optional) |
|---|---|
| ▶ 503 E SUMMIT ST | ▶ |

| City | State | ZIP | Designee's phone number |
|---|---|---|---|
| ▶ CROWN POINT | ▶ IN | ▶ 46307-3477 | ▶ 219-662-7700 |

Designee's Email

▶ TCALDWELL@PRASCOCPA.COM

**Step 10:**
**Signatures**

I, the undersigned, declare under penalties of perjury or false certificate, that I have examined this return, and, to the best of my knowledge and belief, it is true, correct, and complete.
Returns must be signed by hand or via a digital signature with a digital certificate. Stamped or typed signatures are not accepted.

Your Signature

**Sign Here**  ▶

Date

▶

M M D D Y Y Y Y

Date of death

Check if deceased: ▶  ▶

M M D D Y Y Y Y

Spouse's Signature

**Sign Here**  ▶

Date

▶

M M D D Y Y Y Y

Date of death

Check if deceased: ▶  ▶

M M D D Y Y Y Y

| Taxpayer's phone number | Taxpayer's email address |
|---|---|
| ▶ | ▶ |

| Your Driver License or State Issued ID number (optional) | Spouse's Driver License or State Issued ID number (optional) |
|---|---|
| ▶ 112300986294 | ▶ |

**Paid**
**Preparer**
**Use**

Preparer's Signature

▶ TRACY L. CALDWELL, CPA

Date

▶ 09/17/25
M M D D Y Y Y Y

| Preparer's PTIN, STIN, or SSN | Firm's FEIN | Preparer's phone number |
|---|---|---|
| ▶ P00121881 | ▶ 35-1973464 | ▶ 219-662-7700 |

This return is due April 30, 2025. Sign, include federal return, W-2s, and verify SSNs.
MAILING ADDRESS: Iowa Income Tax Document Processing
PO BOX 9187, Des Moines IA 50306-9187
Make checks payable to Iowa Department of Revenue

41-001f (07/29/2024)

 

*2441001061022*

**Iowa Department of**
# REVENUE

## IA Schedule CC
### Iowa Composite and PTET Credits Schedule

tax.iowa.gov

Name(s)

▶ ALEKSANDR TOVSTANOVSKY & IRINA KARA

Social Security (SSN) or Federal
Employer ID Number (FEIN)       Tax Period End Date

▶ [redacted]       ▶ 12/31/24
                      M M   D D   Y Y Y Y

**The credits on this schedule are being claimed
on the following tax return(s) (include all that apply):**

IA 1040 ▶ X       IA 1120 ▶       IA PTE-C ▶

IA 1041 ▶       IA 1120F ▶       IA 1065 ▶       IA 1120S ▶

Include with any IA 1040, IA 1041, IA 1120, IA 1120F, IA 1120S, IA 1065, or IA
PTE-C on which composite credits (Part I) or Pass-through Entity Tax (PTET)
credits (Part II) are claimed.

### Part I: Composite Credits Received

| A Paying Pass-Through Entity (PTE) Name | B Paying PTE FEIN | C Amount of credit received from PTE | D Received amount in C through a Disregarded Entity? (Y/N) | E Disregarded Entity Name | F Disregarded Entity FEIN |
|---|---|---|---|---|---|
| ▶ 7300 NEWHALL LLC | ▶ [redacted] | ▶ 155.00 | ▶ N ▶ | ▶ | |
| ▶ | ▶ | ▶ | ▶ ▶ | ▶ | |
| ▶ | ▶ | ▶ | ▶ ▶ | ▶ | |
| Total of Column C ................. | | ▶ 155.00 | | | |

### Part II: PTET Credits Received

| A Electing Pass-Through Entity (PTE) Name | B Electing PTE FEIN | C Amount of credit received from PTE | D Received amount in C through a Disregarded Entity? (Y/N) | E Disregarded Entity Name | F Disregarded Entity FEIN |
|---|---|---|---|---|---|
| ▶ SKY AUTO MALL LL | ▶ [redacted] | ▶ 3423.00 | ▶ N ▶ | ▶ | |
| ▶ | ▶ | ▶ | ▶ ▶ | ▶ | |
| ▶ | ▶ | ▶ | ▶ ▶ | ▶ | |
| Total of Column C ................. | | ▶ 3423.00 | | | |

### Part III: Total Composite/PTET credits.

Add Part I, Column C total and Part II,
Column C total ....................................       ▶ 3578.00



CS
41-178a (08/16/2023)





*2341178011022*

# IOWA™

Department of Revenue

**2024 IA 126**

Iowa Nonresident and Part-Year Resident Credit Schedule

revenue.iowa.gov



Name
► ALEKSANDR TOVSTANOVSKY

Social Security Number (SSN)
►

### Your Residency Status (check one)

Nonresident ► [X]

Part-Year Resident ► [ ]   Moved into IA ►   M M D D Y Y Y Y        Moved out of IA ►   M M D D Y Y Y Y

Full-Year Iowa Resident ► [ ]

Spouse's Name
► IRINA KARAN

Spouse's SSN
►

### Spouse's Residency Status (check one)

Nonresident ► [X]

Part-Year Resident ► [ ]   Moved into IA ►   M M D D Y Y Y Y        Moved out of IA ►   M M D D Y Y Y Y

Full-Year Iowa Resident ► [ ]

**Enter Dollars and Cents**

## Part I: Iowa Source Income

| | | All-Source (A) | Iowa (B) |
|---|---|---|---|
| 1. | Wages, salaries, tips, etc. See instructions regarding IA/IL Reciprocal Agreement ► 1 | | |
| 2. | Taxable interest income ► 2 | | |
| 3. | Ordinary dividend income ► 3 | | |
| 4. | Taxable alimony received ► 4 | | |
| 5. | Business income or (loss) ► 5 | | |
| 6. | Capital gain or (loss) ► 6 | | |
| 7. | Other gains or (losses) ► 7 | | |
| 8. | Rents, royalties, partnerships, estates, etc ► 8 | | −141251.00 |
| 9. | Farm income or (loss) ► 9 | | |
| 10. | Unemployment compensation ► 10 | | |
| 11. | Gambling winnings ► 11 | | |
| 12. | Other income, bonus depreciation, and section 179 adjustment ► 12 | | |
| 13. | Iowa Source gross income. Add lines 1-12 ► 13 | | −141251.00 |



41-126a (07/29/2024)
CS







**2024 IA 126, page 2**



Iowa Nonresident or Part-Year Resident Name

▶ ALEKSANDR TOVSTANOVSKY & IRINA KARAN

SSN

▶ ▮▮▮▮▮▮▮▮▮

**Enter Dollars and Cents**

**Part II: All-Source Income**

|  | | All-Source (A) | Iowa (B) |
|---|---|---|---|
| 14. Federal total income from IA 1040 line 1 | ▶ 14 | 8765.00 | |
| 15. Iowa modifications to federal total income from IA 1040 Schedule 1, line 13, less federal NOL from IA 1040, Schedule 1, line 10 | ▶ 15 | | |
| 16. Total. Add lines 14 and 15 | ▶ 16 | 8765.00 | |

**Part III: Modification**

| | | | |
|---|---|---|---|
| 17. Payments to an IRA, Keogh, or SEP | ▶ 17 | | |
| 18. Deductible part of self-employment tax | ▶ 18 | | |
| 19. Health Insurance deduction. See instructions | ▶ 19 | | |
| 20. Penalty on early withdrawal of savings | ▶ 20 | | |
| 21. Alimony paid | ▶ 21 | | |
| 22. Iowa capital gain deduction | ▶ 22 | | |
| 23. Other adjustments | ▶ 23 | | |
| 24. Total adjustments. Add lines 17-23 | ▶ 24 | | |
| 25. Iowa Source Net Income. Subtract line 24 (Column B) from line 13 | ▶ 25 | | -141251.00 |
| 26. All Source Net Income. Subtract line 24 (Column A) from line 16 | ▶ 26 | 8765.00 | |

| | | | |
|---|---|---|---|
| 27. Iowa income percentage: Divide line 25 by line 26. Enter percentage rounded to the nearest ten-thousandth of a percent (e.g. 12.3456%). This can be no more than 100.0% and no less than 0.0% | ▶ 27 | % |
| 28. Nonresident or part-year resident credit percentage: Subtract the percentage on line 27 from 100.0000% (e.g. 87.6544%) | ▶ 28 | 100.0000 % |
| 29. Iowa tax on total income from IA 1040, line 5 | ▶ 29 | |
| 30. Total credits from IA 1040, line 11 | ▶ 30 | 120.00 |
| 31. Tax after credits. Subtract line 30 from line 29 | ▶ 31 | |
| 32. Nonresident or part-year resident credit. Multiply line 31 by the percentage on line 28. Enter this amount on IA 1040, line 13 | ▶ 32 | 0.00 |



41-126b  (07/29/2024)

cs





**Fill in this information to identify your case:**

Debtor 1        **Aleksandr Tovstanovskiy**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
   amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

**Unsecured claim**

**1**

**Affirm**
**Celtic Bank**
**268 South State St., Suite 300**
**Salt Lake City, UT 84111**

**What is the nature of the claim?** _____    **$11,910.41**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)
         Value of security:           -  _____
         Unsecured claim              _____

**2**

**Amazon Business Prime Card**
**American Express**
**PO Box 6031**
**Carol Stream, IL 60197-6031**

**What is the nature of the claim?** _____    **$1,527.45**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

_____

Contact

_____

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)
         Value of security:           -  _____

Debtor 1   **Aleksandr Tovstanovskiy**                                    Case number *(if known)*

Contact phone                                              Unsecured claim

---

**3**

**Capital One Credit Card**
**PO Box 4069**
**Carol Stream, IL 60197-4069**

**What is the nature of the claim?**                              **$121,522.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**4**

**Cedar Rapids Bank & Trust**
**500 1St Ave NE**
**Cedar Rapids, IA 52401**

**What is the nature of the claim?**    **Guaranty of SBA Loan to Sky Auto Mall, LLC.**    **$1,399,747.66**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**5**

**Cedar Rapids Bank & Trust**
**500 1St Ave NE**
**Cedar Rapids, IA 52401**

**What is the nature of the claim?**    **Guaranty of Loan to 1001 Ford Lane, LLC**    **$1,278,985.03**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:                    -
    Unsecured claim

Contact

Contact phone

---

**6**

**Cedar Rapids Bank & Trust**
**500 1St Ave NE**

**What is the nature of the claim?**    **Guaranty of SBA Working Capital line of credit to Sky Auto Mall, LLC.**    **$600,119.78**

---

Debtor 1      **Aleksandr Tovstanovskiy**                                   Case number *(if known)*

**Cedar Rapids, IA 52401**

**As of the date you file, the claim is:** Check all that apply

■     Contingent
■     Unliquidated
☐     Disputed
☐     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                  Value of security:             -

Contact phone            Unsecured claim

---

**7**

**Farmers & Merchants Savings Bank**
**200 1st St. SW, #100**
**Cedar Rapids, IA 52404**

**What is the nature of the claim?**    **Guaranty of Real Estate Building to 7300 Newhall, LLC**    **$3,605,421.22**

**As of the date you file, the claim is:** Check all that apply

■     Contingent
■     Unliquidated
☐     Disputed
☐     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                  Value of security:             -

Contact phone            Unsecured claim

---

**8**

**Farmers & Merchants Savings Bank**
**200 1st St. SW, #100**
**Cedar Rapids, IA 52404**

**What is the nature of the claim?**    **Guaranty of Working Capital Line of Credit to Sky Chevrolet, LLC**    **$1,332,546.00**

**As of the date you file, the claim is:** Check all that apply

■     Contingent
■     Unliquidated
☐     Disputed
☐     None of the above apply

**Does the creditor have a lien on your property?**

■     No
☐     Yes. Total claim (secured and unsecured)

Contact                  Value of security:             -

Contact phone            Unsecured claim

---

**9**

**Farmers & Merchants Savings Bank**
**200 1st St. SW, #100**
**Cedar Rapids, IA 52404**

**What is the nature of the claim?**    **Guaranty of Real Estate/Building Loan to 7300 Newhall, LLC.**    **$485,090.00**

**As of the date you file, the claim is:** Check all that apply

■     Contingent
■     Unliquidated
☐     Disputed

---

Debtor 1    **Aleksandr Tovstanovskiy**                    Case number *(if known)*

☐         None of the above apply

**Does the creditor have a lien on your property?**

■         No

☐         Yes. Total claim (secured and unsecured)

Contact                                          Value of security:                    -

Contact phone                                    Unsecured claim

---

**10**

**Ford Motor Credit
1 American Road
Dearborn, MI 48126**

**What is the nature of the claim?**          **Guaranty of Floorplan Line of Credit to Sky Chevrolet, LLC**        $0.00

**As of the date you file, the claim is:** Check all that apply

■         Contingent

■         Unliquidated

■         Disputed

☐         None of the above apply

**Does the creditor have a lien on your property?**

■         No

☐         Yes. Total claim (secured and unsecured)

Contact                                          Value of security:                    -

Contact phone                                    Unsecured claim

---

**11**

**General Motors Financial Services
Commercial Lending Services
220 E. Las Colinas Blvd.
Irving, TX 75039**

**What is the nature of the claim?**          **Guaranty of Floorplan Line of Credit to Sky Chevrolet, LLC**        $0.00

**As of the date you file, the claim is:** Check all that apply

■         Contingent

■         Unliquidated

☐         Disputed

☐         None of the above apply

**Does the creditor have a lien on your property?**

■         No

☐         Yes. Total claim (secured and unsecured)

Contact                                          Value of security:                    -

Contact phone                                    Unsecured claim

---

**12**

**Huntington Bank for Savings
PO BOX 182387
Columbus, OH 43218-2387**

**What is the nature of the claim?**                                                   $17,628.00

**As of the date you file, the claim is:** Check all that apply

☐         Contingent

☐         Unliquidated

☐         Disputed

■         None of the above apply

**Does the creditor have a lien on your property?**

■         No

☐         Yes. Total claim (secured and unsecured)

Contact

---

Debtor 1    **Aleksandr Tovstanovskiy**                                   Case number *(if known)*

_____
Contact phone

| | |
|---|---|
| Value of security: | -  _____ |
| Unsecured claim | _____ |

---

**13**

**Small Buisness Administration
E.C.I.A Business Growth, Inc.
7600 Connerce Park
Dubuque, IA 52002**

**What is the nature of the claim?**   **Guaranty of SBA portion of loan to 1001 Ford Lane, LLC**   **$1,052,708.29**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

| | |
|---|---|
| Value of security: | -  _____ |
| Unsecured claim | _____ |

_____
Contact

_____
Contact phone

---

**14**

**Stellantis Financial Services
5757 Woodway Dr., Suite 400
Houston, TX 77057**

**What is the nature of the claim?**   **Guaranty of New Ford, Used Car Floorplan line of credit for Sky Auto Mall, LLC**   **$0.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

| | |
|---|---|
| Value of security: | -  _____ |
| Unsecured claim | _____ |

_____
Contact

_____
Contact phone

---

**15**

**Synchrony Card
PO Box 71715
Philadelphia, PA 19176-1715**

**What is the nature of the claim?**   _____   **$15,005.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

| | |
|---|---|
| Value of security: | -  _____ |
| Unsecured claim | _____ |

_____
Contact

_____
Contact phone

---

**16**

**What is the nature of the claim?**   _____   **$153.95**

---

Debtor 1    **Aleksandr Tovstanovskiy**                              Case number *(if known)*

**Synchrony Card**
**Synchrony Bank/Amazon**
**PO Box 71711**
**Philadelphia, PA 19176-1715**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

_____ Contact

_____ Contact phone

Value of security:              - _____

Unsecured claim              _____

---

**17**

**Van Horn Automotive Group**
**W5073 County Road O**
**Plymouth, WI 53073**

**What is the nature of the claim?**   **Guaranty of debt due from Lisa Financial, LLC.**   **$373,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

_____ Contact

_____ Contact phone

Value of security:              - _____

Unsecured claim              _____

---

Part 2:   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Aleksandr Tovstanovskiy**                          X _____
**Aleksandr Tovstanovskiy**                                      Signature of Debtor 2
Signature of Debtor 1

Date   **March 20, 2026**                                   Date _____

Debtor 1      **Aleksandr Tovstanovskiy**                               Case number *(if known)*

**Synchrony Card**
**Synchrony Bank/Amazon**                    As of the date you file, the claim is: Check all that apply
**PO Box 71711**                              ☐      Contingent
**Philadelphia, PA 19176-1715**              ☐      Unliquidated
                                              ☐      Disputed
                                              ■      None of the above apply

                                             Does the creditor have a lien on your property?
                                              ■      No
Contact                                       ☐      Yes. Total claim (secured and unsecured)
                                                         Value of security:              -
Contact phone                                            Unsecured claim

---

**17**

                                             What is the nature of the claim?     **Guaranty of debt due**     **$373,000.00**
                                                                                  **from Lisa Financial,**
**Van Horn Automotive Group**                                                     **LLC.**
**W5073 County Road O**
**Plymouth, WI 53073**                       As of the date you file, the claim is: Check all that apply
                                              ■      Contingent
                                              ■      Unliquidated
                                              ☐      Disputed
                                              ☐      None of the above apply

                                             Does the creditor have a lien on your property?
                                              ■      No
Contact                                       ☐      Yes. Total claim (secured and unsecured)
                                                         Value of security:              -
Contact phone                                            Unsecured claim

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____          X _____
**Aleksandr Tovstanovskiy**               Signature of Debtor 2
Signature of Debtor 1

Date    3/20/26                           Date  _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Affirm
Celtic Bank
268 South State St., Suite 300
Salt Lake City, UT 84111


Amazon Business Prime Card
American Express
PO Box 6031
Carol Stream, IL 60197-6031


Burke, Warren, MacKay & Serritella
330 N. Wabash Ave., Suite 2100
Chicago, IL 60611


Capital One Credit Card
PO Box 4069
Carol Stream, IL 60197-4069


Cedar Rapids Bank & Trust
500 1St Ave NE
Cedar Rapids, IA 52401


Farmers & Merchants Savings Bank
200 1st St. SW, #100
Cedar Rapids, IA 52404


Ford Motor Credit
1 American Road
Dearborn, MI 48126


General Motors Financial Services
Commercial Lending Services
220 E. Las Colinas Blvd.
Irving, TX 75039


Huntington Bank for Savings
PO BOX 182387
Columbus, OH 43218-2387


Illinois Dept of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


Iowa Dept. of Revenue
Hoover State Office Bldg., 1st FL
1305 E. Walnut Street
Des Moines, IA 50310


Liberty Bank for Savings
2392 N. Milwaukee Ave.
Chicago, IL 60647


Small Buisness Administration
E.C.I.A Business Growth, Inc.
7600 Connerce Park
Dubuque, IA 52002


Stellantis Financial Services
5757 Woodway Dr., Suite 400
Houston, TX 77057


Synchrony Card
PO Box 71715
Philadelphia, PA 19176-1715


Synchrony Card
Synchrony Bank/Amazon
PO Box 71711
Philadelphia, PA 19176-1715


Van Horn Automotive Group
W5073 County Road O
Plymouth, WI 53073