Fill in this information to identify the case:

Debtor Name Aleksandr Tovstanovskiy

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 26-04963

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 7/1-7/31/2026

Date report filed: 08/07/2026
MM / DD / YYYY

Line of business: ____________

NAISC code: ____________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Aleksandr Tovstanovskiy

Original signature of responsible party ____________

Printed name of responsible party Aleksandr Tovstanovskiy

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Fill in this information to identify the case:

Debtor Name Aleksandr Tovstanovskiy

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 26-04963

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: 7/1-7/31/2026

Date report filed: 08/07/2026 (MM / DD / YYYY)

Line of business: __________

NAISC code: __________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Aleksandr Tovstanovskiy

Original signature of responsible party [signature]

Printed name of responsible party Aleksandr Tovstanovskiy

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name Aleksandr Tovstanovskiy Case number 26-04963

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 58,454.71

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 15,252.10

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 9,765.81

22. **Net cash flow** + $ 5,486.29

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 63,941.00

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Aleksandr Tovstanovskiy Case number 26-04963

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 15,000.00 | – | $ 15,252.10 | = | $ 252.10 |
| 33. **Cash disbursements** | $ 10,000.00 | – | $ 9,765.81 | = | $ 234.19 |
| 34. **Net cash flow** | $ 5,000.00 | – | $ 5,486.29 | = | $ 486.29 |

35. Total projected cash receipts for the next month: $ 10,000.00
36. Total projected cash disbursements for the next month: - $ 9,500.00
37. Total projected net cash flow for the next month: = $ 500.00

Debtor Name Aleksandr Tovstanovskiy Case number 26-04963

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

**Aleksandr Tovstanovskiy Exhbit C**

| | | | |
|---|---|---|---|
| | Huntington Bank | | |
| 7/2/2026 | Oakland Manager | PAYROLL | $ 5,237.81 |
| 7/17/2026 | Oakland Manager | PAYROLL | $ 4,854.01 |
| 7/31/2026 | Oakland Manager | PAYROLL | $ 5,160.28 |
| | | | $ 15,252.10 |

**Aleksandr Tovstanovskiy Exhibit D**

| Date | Description | Debit | Description |
|---|---|---|---|
| | Huntington Bank | | |
| 7/2/2026 | CAPITAL ONE AUTO DIRECTPAY | $ (354.95) | Irina Car Payment |
| 7/6/2026 | LIBERTY BANK FOR AUTO TRSFR | $ (2,590.45) | Mortgage Payment |
| 7/10/2026 | GARDEN FRESH #2 | $ (10.00) | Groceries |
| 7/10/2026 | FRESH FARMS IN | $ (3.57) | Groceries |
| 7/10/2026 | Assurity Life PREM DEBIT | $ (62.54) | Life Insurance Premium |
| 7/13/2026 | CHASE CREDIT CRD EPAY | $ (2,488.70) | Wife's Credit Card Payment |
| 7/30/2026 | STARBUCKS STORE 52169 | $ (6.49) | Coffee |
| 7/30/2026 | FRESH FARMS IN | $ (10.34) | Groceries |
| 7/31/2026 | FRESH FARMS IN | $ (4.07) | Groceries |
| 7/31/2026 | FARMERS INS EFT PYMT | $ (4,234.70) | Home Owners Insurance Annual Payment |
| | | $ (9,765.81) | |

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

Huntington

ALEKSANDR I TOVSTANOVSKY
IRINA KARAN
4127 EASY CIR
NAPERVILLE IL 60564-4431

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at: Customer Information Privacy Notice

1-800-480-BANK(2265)

www.huntington.com

## *Asterisk-Free Checking Account* — *Account: -------1108*

Statement Activity From:
06/17/26 to 07/16/26

| | |
|---|---|
| **Beginning Balance** | **$49,172.62** |
| Credits (+) | 15,059.97 |
| Debits (-) | 6,050.28 |
| Total Fees (-) | 0.00 |
| **Ending Balance** | **$58,182.31** |
| Average Balance | 57,835.31 |
| Low Balance | 49,172.62 |

## *Deposit / Credit Activity (+)* — *Account: -------1108*

| Date | Description | Amount |
|---|---|---|
| 06/18 | Oakland Manager PAYROLL [redacted] | 5,416.44 |
| 06/24 | MERCHANDISE RET MENARDS LONG GROVE IL MENARDS LONG GROVE IL LONG GROVE IL XXXXXXXXXXXX0693 | 18.20 |
| 06/24 | MERCHANDISE RET MENARDS LONG GROVE IL MENARDS LONG GROVE IL LONG GROVE IL XXXXXXXXXXXX0693 | 12.95 |
| 06/29 | FARMERS INS REFUNDS [redacted] | 4,374.57 |
| 07/02 | Oakland Manager PAYROLL [redacted] | 5,237.81 |

## *Debit Card / POS Activity (-)* — *Account: -------1108*

| Date | Description | Amount |
|---|---|---|
| 06/22 | PURCHASE FRESH FARMS INTERN FRESH FARMS INTERN WHEELING IL XXXXXXXXXXXX0693 | 3.57 |
| 06/22 | PURCHASE AA IL 192 CB 105942 J AA IL 192 CB 105942 J GLENVIEW IL XXXXXXXXXXXX0693 | 18.56 |
| 06/22 | PURCHASE FRESH FARMS INTERN FRESH FARMS INTERN WHEELING IL XXXXXXXXXXXX0693 | 44.85 |
| 06/22 | PURCHASE GARDEN FRESH #2 GARDEN FRESH #2 BUFFALO GROVE IL XXXXXXXXXXXX0693 | 23.07 |
| 06/23 | PURCHASE GARDEN FRESH # GARDEN FRESH # BUFFALO GROVE IL XXXXXXXXXXXX0693 | 2.44 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.

Huntington

## Debit Card / POS Activity (-)

Account: -------1108

| Date | Description | Amount |
|---|---|---|
| 06/23 | PURCHASE FRESH FARMS INTERN FRESH FARMS INTERN WHEELING IL XXXXXXXXXXXX0693 | 24.98 |
| 06/24 | PURCHASE ITR CONCESSION COMPANY ITR CONCESSION COMPANY ELKHART IN XXXXXXXXXXXX0693 | 4.80 |
| 06/24 | PURCHASE ITR CONCESSION COMPANY ITR CONCESSION COMPANY ELKHART IN XXXXXXXXXXXX0693 | 2.00 |
| 06/26 | PURCHASE SHELL OIL10011750014 SHELL OIL10011750014 FENNVILLE MI XXXXXXXXXXXX0693 | 1.59 |
| 07/10 | PURCHASE GARDEN FRESH #2 GARDEN FRESH #2 BUFFALO GROVE IL XXXXXXXXXXXX0693 | 10.00 |
| 07/10 | PURCHASE FRESH FARMS IN FRESH FARMS IN WHEELING IL XXXXXXXXXXXX0693 | 3.57 |

## Other Withdrawal / Debit Activity (-)

Account: -------1108

| Date | Description | Amount |
|---|---|---|
| 06/23 | Zelle Transaction [redacted]G Money Sent to Tanya Payment ID [redacted] | 60.00 |
| 06/29 | Credit One Bank Payment 2[redacted] | 354.21 |
| 07/02 | CAPITAL ONE AUTO DIRECTPAY DP0CC9EF8[redacted] | 354.95 |
| 07/06 | LIBERTY BANK FOR AUTO TRSFR [redacted] | 2,590.45 |
| 07/10 | Assurity Life PREM DEBIT 2[redacted] | 62.54 |
| 07/13 | CHASE CREDIT CRD EPAY 2[redacted] | 2,488.70 |

## Asterisk-Free Checking Balance Activity

Account: -------1108

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/16 | 49,172.62 | 06/24 | 54,435.94 | 07/06 | 60,747.12 |
| 06/18 | 54,589.06 | 06/26 | 54,434.35 | 07/10 | 60,671.01 |
| 06/22 | 54,499.01 | 06/29 | 58,454.71 | 07/13 | 58,182.31 |
| 06/23 | 54,411.59 | 07/02 | 63,337.57 | | |

Huntington

**In the Event of Errors or Questions Concerning Electronic Fund Transfers**

Contacting Us About Errors and Questions

Reporting: How, When, Where and What:

- Call us or write to us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transaction. You may call our toll-free number, 1-800-480-BANK (2265), or write to The Huntington National Bank, EA4W61 P.O. Box 1558, Columbus, Ohio 43216.
- We must hear from you no later than 60 days after we sent (or made available) the FIRST statement on which the problem or error appeared. Please provide the following information:
  - Your name and account number (if any).
  - A description of the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  - The dollar amount of the suspected error.

Our Investigation:

- **Timing:** We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly.
- **Provisional (i.e.Temporary) Credits:** If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your Account within ten (10) business days for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days; we are not required to provisionally credit your Account.

**Verification of Electronic Deposits** If you have authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can call to find out whether or not the deposit has been received by us, call either 1-614-480-BANK or call toll free 1-800-480-BANK.

**Balancing Your Statement** - For your convenience, a balancing worksheet is available on our web site www.huntington.com under the Planning & Tools section, or at your local branch.